IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD D. THOMAS, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THEODORE JACKSON, SHERIFF OF ) <br> OF FULTON COUNTY, GA, in his ) <br> individual capacity and official capacity, ) <br> FULTON COUNTY BOARD OF ) <br> COMMISSIONERS, JOHN DOE JAIL ) <br> SUPERVISOR, JOHN DOE JAILER, ) <br> JANE DOE MEDICAL PRACTITIONER ) <br> and THIRD-PARTY MEDICAL SERVICE ) <br> PROVIDER FOR THE FULTON ) <br> COUNTY DETENTION FACILITY ) <br> (the "JAIL"), ) <br> ) <br>    Defendants. ) <br> _____ ) | CIVIL ACTION FILE NO. <br> 1:16-CV-03033-LMM |

**<u>DEFENDANTS SHERIFF THEODORE "TED" JACKSON AND FULTON COUNTY BOARD OF COMMISSIONERS' MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(6)</u>**

COME NOW Defendants Sheriff Theodore "Ted" Jackson and Fulton County Board of Commissioners, by and through undersigned counsel, and pursuant to Fed.R.Civ.P. 12(b)(6), move this Honorable Court to dismiss the claim asserted against them in Plaintiff's Verified Complaint for Damages and Jury Trial Demand for Plaintiff's failure to state a claim upon which relief can be granted.

1

Defendants move this Court to grant the instant Motion to Dismiss for the reasons more fully shown in the brief in support of said motion. The legal authority supporting this motion is filed contemporaneously herewith.

    Respectfully submitted, this 25th day of August, 2016.

**OFFICE OF THE FULTON COUNTY ATTORNEY**

Patrise Perkins-Hooker
County Attorney
Georgia Bar No. 572378
patrise.hooker@fultoncountyga.gov

*/s/ Ashley J. Palmer*
Ashley J. Palmer
Staff Attorney
Georgia Bar No. 603514
ashley.palmer@fultoncountyga.gov

Kaye Woodard Burwell
Deputy County Attorney
Georgia Bar No. 775060
kaye.burwell@fultoncountyga.gov

John M. Duffoo
Senior Attorney
Georgia Bar No. 231973
john.duffoo@fultoncountyga.gov

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RICHARD D. THOMAS,         )<br>                                                 )<br>     Plaintiff,                           )<br>                                                 )<br>v.                                               )<br>                                                 )<br>THEODORE JACKSON, SHERIFF OF )<br>OF FULTON COUNTY, GA, in his      )<br>individual capacity and official capacity, )<br>FULTON COUNTY BOARD OF         )<br>COMMISSIONERS, JOHN DOE JAIL )<br>SUPERVISOR, JOHN DOE JAILER,  )<br>JANE DOE MEDICAL PRACTITIONER )<br>and THIRD-PARTY MEDICAL SERVICE )<br>PROVIDER FOR THE FULTON        )<br>COUNTY DETENTION FACILITY    )<br>(the "JAIL"),                                )<br>                                                 )<br>     Defendants.                        )<br>_____) | CIVIL ACTION FILE NO.<br>1:16-CV-03033-LMM |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this the 25th day of August, 2016, the undersigned counsel has presented this document in Times New Roman, 14 point type in accordance with L.R. 5.1(C) and served a copy of the foregoing **DEFENDANTS SHERIFF THEODORE "TED" JACKSON AND FULTON COUNTY BOARD OF COMMISSIONERS' MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(6)** upon all parties of record by depositing

a true and correct copy of same in the United States mail with adequate postage affixed thereto and addressed as follows:

>Ralph J. Villani, Esq.
>Villani Law Firm
>821 Dawsonville Hwy.
>Suite 250-333
>Gainesville, Georgia 30501-2634

This 25th day of August, 2016.

>*/s/ Ashley J. Palmer*
>Ashley J. Palmer
>Staff Attorney
>Georgia Bar No. 603514
>ashley.palmer@fultoncountyga.gov

**Office of the Fulton County Attorney**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)