**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **RICHARD D. THOMAS,** | &#124; |
| Plaintiff, | &#124; |
| | &#124;   CIVIL ACTION FILE |
| -vs- | &#124; |
| | &#124;   NO.: **1:16-cv-03033-LMM** |
| THEODORE JACKSON, SHERIFF OF | &#124; |
| FULTON COUNTY, GA, *et al,* | &#124; |
| Defendants. | &#124; |

## MOTION FOR AN ADDITIONAL SIXTY DAYS TO SERVE JOHN/JANE DOE DEFENDANTS ("MOTION")

Plaintiff moves this Court for additional time to uncover the identity and serve the John/Jane Doe Defendants, and shows this Court as follows:

1.   Due to circumstances beyond his control, Plaintiff's counsel thought he had filed and served discovery as allowed by this Court.

2.   For some unknown reason, the discovery documents were mailed without postage and have just been returned, undelivered.

3.   It is critical that Plaintiff have these parties served for his case.

4.   The County-Defendants have within their exclusive possession and control the names and the service addresses of the remaining John/Jane Doe defendants (Plaintiff has no way of finding that information out without their assistance).

5.   Thus, for the within reasons, this Court should grant this *Motion* and allow him an additional 60 days to serve the

*Page 1 of 4*

County Defendants with the two interrogatories and the two requests to produce documents (the County Defendant should have a minimal turn-around time for the discovery and, depending on the accuracy of the current addresses of the John/Jane Doe County Defendants, service should be done quickly (*unless Defendants agree to acknowledge service*).

6.    This motion is not sought for any purposes of delay.

7.    Plaintiff has attached a proposed Order hereto for consideration by this Court.

## Argument and Citation of Authority:

This Court has the equitable, inherent and statutory authority to grant this motion.

**WHEREFORE,** Plaintiff prays that this Court GRANT his Motion for an additional sixty (60) days to serve the County John/Jane Doe County Defendants for such other and further relief deemed equitable and just by this Court.

This 31st day of July, 2017.

 s/ *Ralph J. Villani*

**Ralph J. Villani, Esq.**
GA Bar No. 727700
Attorney for Plaintiff

*VILLANI LAW FIRM*
821 Dawsonville Highway
Suite 250-333
Gainesville, GA  30501-2634

(TEL) 770-985-6773
(FAX) 770-979-5190
(email)  ralphjvillani@gmail.com

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **RICHARD D. THOMAS,** | &#124; |
|         Plaintiff, | &#124; |
| | &#124;   CIVIL ACTION FILE |
|   -vs- | &#124; |
| | &#124;   NO.: **1:16-cv-03033-LMM** |
| THEODORE JACKSON, SHERIFF OF | &#124; |
| FULTON COUNTY, GA, *et al,* | &#124; |
|        Defendants. | &#124; |

*(PROPOSED) ORDER*

Plaintiff having filed his ***Motion For Sixty Days Additional Time to Serve Jane/John Doe Defendants*** and this Court having reviewed same and the record in this case, for good cause shown, it is hereby

**ORDERED** that Plaintiff shall have an additional sixty (60) days to serve John/Jane Doe Defendants up to and including the _____ day of _____, 2017.

SO ORDERED this _____ day of _____ , 2017.

_____
**The Honorable Leigh Martin May**
United States District Judge

Prepared and submitted by:

_s/ Ralph J. Villani_
Ralph J. Villani, Esq. *(07-31-2017)*
GA Bar No.: 727700
Attorney for Plaintiff

*Page 3 of 4*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICHARD D. THOMAS,                 |
      Plaintiff,              |
                 |   CIVIL ACTION FILE
   -vs-                          |
                 |   NO.: **1:16-cv-03033-LMM**
THEODORE JACKSON, SHERIFF OF       |
FULTON COUNTY, GA, *et al,*        |
      Defendants.             |

### *COMBINED CERTIFICATE OF SERVICE AND COMPLIANCE*

I certify that on this **31st day of July, 2017**, a copy of the foregoing ***Motion*** was filed with the Clerk of this Court electronically in the ECF system and that opposing counsel will be served by the clerk with said ***Motion*** (with *Proposed Order* attached) through said ECF system Service.

I further certify that this within and foregoing ***Motion*** complies with the font, spacing, etc., requirements of the Local Rules of this Court, *i.e.,* to wit: Courier New, 12 point.

This 31st day of July, 2017.

                       *s/ Ralph J. Villani*
                       **Ralph J. Villani, Esq.**
                       GA Bar No. 727700
                       Attorney for Plaintiff

***VILLANI LAW FIRM***
821 Dawsonville Hwy.
Suite 250-333
Gainesville, GA  30501-2634

(TEL) 770-985-6773
(FAX) 770-979-5190

(email)  ralphjvillani@gmail.com

*Page 4 of 4*