IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICHARD D. THOMAS,** | |
| Plaintiff, | |
| | CIVIL ACTION FILE |
| -vs- | |
| | NO.: **1:16-cv-03033-LMM** |
| THEODORE JACKSON, SHERIFF OF FULTON COUNTY, GA, *et al,* | |
| Defendants. | |

### NOTICE OF PLAINTIFF TERMINATING THE SERVICES OF HIS ATTORNEY OF RECORD ("NOTICE")

The undersigned hereby notifies this Court and opposing counsel that Plaintiff has terminated the services of his undersigned counsel and shows this Court as follows:

1. All the undersigned has received was an email terminating his services.

2. The undersigned has no way of contacting Plaintiff as Plaintiff's cell phone number is no longer good and Plaintiff's new address in unknown to the undersigned.

3. Further, the undersigned does not know the name or contact information of the new attorney Plaintiff says he has hired.

4. The undersigned, in order to protect Plaintiff's rights and claims, requests that this Court stay these proceedings and any Orders until such time as Plaintiff's new attorney has filed a notice of substitution of counsel, or the like.

5. The undersigned has emailed Plaintiff to inform him that he is informing this Court of said termination of services.

6.  The undersigned, as of present, has no other way of contacting Plaintiff other than sending him an email and counsel believes that Plaintiff visits the library every so often to check his emails, however, the undersigned does not know how often and when he will check his email (he will be copied on this Notice *via* email).

**Argument and Citation of Authority**:

This Court has the equitable, inherent and statutory authority to control matters before it and stay this matter until Plaintiff's new counsel files his or her entry of appearance, substitution of counsel, or the like.

*COMBINED CERTIFICATE OF SERVICE AND COMPLIANCE*

I certify that on this **28th day of August, 2017**, a copy of the foregoing *Notice* was filed with the Clerk of this Court electronically in the ECF system and that opposing counsel will be served by the clerk with said *Notice* (with *Proposed Order* attached) through said ECF system Service.

I further certify that this within and foregoing *Notice* complies with the font, spacing, etc., requirements of the Local Rules of this Court, *i.e.*, to wit: Courier New, 12 point.

    s/ *Ralph J. Villani*
**Ralph J. Villani, Esq.**
GA Bar No. 727700
Attorney for Plaintiff

***VILLANI LAW FIRM***
821 Dawsonville Highway
Suite 250-333
Gainesville, GA  30501-2634

(TEL) 770-985-6773
(FAX) 770-979-5190

(email)    [ralphjvillani@gmail.com](mailto:ralphjvillani@gmail.com)