IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD D. THOMAS,          )<br>                             )<br>     Plaintiff,             )<br>                             )<br>v.                           )<br>                             )<br>THEODORE JACKSON, SHERIFF OF )<br>OF FULTON COUNTY, GA, in his )<br>individual capacity and official capacity, )<br>FULTON COUNTY BOARD OF       )<br>COMMISSIONERS, JOHN DOE JAIL )<br>SUPERVISOR, JOHN DOE JAILER, )<br>JANE DOE MEDICAL PRACTITIONER )<br>and THIRD-PARTY MEDICAL SERVICE )<br>PROVIDER FOR THE FULTON      )<br>COUNTY DETENTION FACILITY    )<br>(the "JAIL"),                )<br>                             )<br>     Defendants.             )<br>_____)  | CIVIL ACTION FILE NO.<br>1:16-CV-03033-LMM |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I presented this document in Times New Roman, 14 point type, in accordance with L.R. 5.1(C) and that I electronically filed the foregoing **DEFENDANT SHERIFF THEODORE JACKSON'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS TO PRODUCE** with the Clerk of Court, using the CM/ECF System, which will automatically send e-mail notification of such filing to all

attorneys of record. I further certify that I have served Plaintiff with the foregoing motion by mailing a copy of the same via UPS overnight delivery service, postage prepaid and properly addressed to Plaintiff as follows:

Ralph J. Villani, Esq.
Villani Law Firm
821 Dawsonville Hwy.
Suite 250-333
Gainesville, Georgia 30501-2634

Respectfully submitted, this 14th day of September, 2017.

*/s/ Ashley J. Palmer*
Ashley J. Palmer
Georgia Bar No. 603514
ashley.palmer@fultoncountyga.gov

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, Suite 4038
Atlanta, Georgia 30303
(404) 612-0234 (Office)
(404) 730-6324 (Facsimile)