IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

__RICHARD D. THOMAS__,
Plaintiff,

-vs-

__THEODORE JACKSON, etal__,
Defendant(s),

CASE NUMBER:
__1:16-cv-03033-LMM__

Notice of  Leaves of Absence

## NOTICE OF LEAVES OF ABSENCE

Pursuant to the applicable laws and rules of Georgia, Plaintiff(s)/Defendant(s) NOTIFY this Court and opposing counsel and parties, that the undersigned counsel will be traveling and/or out of the Country as follows:

**NOVEMBER 1, 2017 through NOVEMBER 14, 2017 (10 business days)**

("*Leaves of Absence*") and, as Plaintiff(s)/Defendant(s)'s undersigned counsel is a sole practitioner and has no one to properly represent him/her/them, he/she/they ask(s) this Court to honor said *Leaves of Absence* as stated above.

**Argument and Citation of Authority**:

This Court has the inherent power to GRANT counsel's *Leaves of Absence* in this case.

Opposing counsel and/or have been notified, this day, through this Court's CM/ECF *efile* system as required.

**WHEREFORE**, __PLAINTIFF__ prays that this Court GRANT said *Leaves of Absence* and for such other and further relief deemed fair and just by this Court.

This __27th__ day of __October__, 2017.

/s/ __Ralph J. Villani__
Ralph J. Villani, Esq.
Georgia Bar No. 727700
*Counsel for Plaintiff*

**VILLANI LAW FIRM**
821 Dawsonville Hwy., Suite 250-333
Gainesville, GA 30501-2634
(TEL) (770) 985-6773
(FAX) (770) 979-5190
(E-mail) ralphjvillani@gmail.com