```
              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION
```

**RICHARD D. THOMAS,**            |
    Plaintiff,                 |
                                  |  CIVIL ACTION FILE
    -vs-                          |
                                  |  NO.: **1:16-cv-03033-LMM**
THEODORE JACKSON, SHERIFF OF   |
FULTON COUNTY, GA, *et al,*      |
    Defendants.               |

**EMERGENCY MOTION FOR EXPANSION OF TIME TO RESPOND TO DEFENDANTS COLONEL MARK ADGER AND CAPTAIN VICKY WHITE'S MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(6) ("EMERGENCY MOTION")**

Plaintiff moves on an emergency basis this Court to allow him additional time up to and including November 28, 2017 to Respond to *Defendants Colonel Mark Adger and Captain Vicky White's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6)* and shows this Court as follows:

1. Plaintiff's Counsel has a leave of absence from November 1, 2017 through November 14, 2017 and he will, for the most part, be out of the Country and incommunicado and with no access to his files in this case or research tools.

2. Plaintiff's counsel has not had time to contact Defendants' counsel (he just returned from court and from meetings with clients and just downloaded subject motion)

3. The allegations and argument in subject motion need careful review and research which Plaintiff's counsel cannot do

      until he has access to his files and research tools whence is back in his office on November 15, 2017.

4. From November 15, 2017, the 10 day window, adding the 3-day mail rule, would allow Plaintiff to respond on Tuesday, November 28 ,2017 if the subject motion were filed then.

5. Unfortunately, Plaintiff's undersigned counsel will be, for the most part, incommunicado during the next two weeks and will have to rely upon this Court's equitable considerations that this motion will be granted (if not, Plaintiff will be prejudiced by not filing a response - however, briefly, Plaintiff denies the allegations in subject motion and relies on sound case law and precedents to defeat same).

6. Therefore, for the within and foregoing reasons, this Court must GRANT Plaintiff's motion and allow him up to and including <u>November 28, 2017</u> to respond to subject motion.

6. Plaintiff has included a proposed Order for this Court's review and consideration.

**<u>Argument and Citation to Authority</u>**:

      This Court has the equitable and inherent power to GRANT Plaintiff's Emergency Motion and allow him an expansion of time to file his Response to *Defendants Colonel Mark Adger and Captain Vicky White's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6)* up to and including <u>November 28, 2017</u>.

      **WHEREFORE,** Plaintiff prays that this Court GRANT his

*Emergency Motion*, allow him an expansion of time to file his Response to *Defendants Colonel Mark Adger and Captain Vicky White's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6)* up to and including November 28, 2017, and for such other and further relief deemed fair, just and/or equitable buy this Court.

This 31st day of October, 2017.

   /s/ Ralph J. Villani
**Ralph J. Villani, Esq.**
GA Bar No. 727700

***VILLANI LAW FIRM***
821 Dawsonville Hwy.
Suite 250-333
Gainesville, GA 30501-2634

(TEL) 770.985.6773;
(FAX) 770.979.5190

(Email) ralphjvillani@gmail.com

**Counsel for Plaintiff**

```
         IN THE UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

| | |
|---|---|
| **RICHARD D. THOMAS,** | |
|     Plaintiff, | |
| | CIVIL ACTION FILE |
| -vs- | |
| | NO.: **1:16-cv-03033-LMM** |
| THEODORE JACKSON, SHERIFF OF | |
| FULTON COUNTY, GA, *et al,* | |
|     Defendants. | |

*COMBINED CERTIFICATION OF COMPLIANCE*
*AND CERTIFICATE OF SERVICE*

This is to certify that this document complies with the Local Rules and that the font used herein is Courier New 12 point

This is to certify that I, this day, served opposing counsel for Defendants with a true copy of Plaintiff's within and foregoing **Emergency Motion**, by and through this Court's CM/ECF *efile* system to:

> **Ashley J. Palmer, Staff Attorney**
> Office of the Fulton County Attorney
> 141 Pryor Street, SW, Suite 4038
> Atlanta, Georgia 30303
> *ashley.palmer@fultoncountyga.gov*

This 31st day of October, 2017.

                                                             */s/ Ralph J. Villani*

***VILLANI LAW FIRM***                 **Ralph J. Villani, Esq.**
821 Dawsonville Hwy.          GA Bar No. 727700
Suite 250-333
Gainesville, GA 30501-2634
(TEL) 770.985.6773;
(FAX) 770.979.5190
(Email) *ralphjvillani@gmail.com*

                                                 **Counsel for Plaintiff**

```
            IN THE UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION
```

**RICHARD D. THOMAS,**          |
    Plaintiff,          |
                                  | CIVIL ACTION FILE
   -vs-                       |
                                     | NO.: **1:16-cv-03033-LMM**
THEODORE JACKSON, SHERIFF,       |
FULTON COUNTY, GA, *et al,*      |
    Defendants.        |

### (Proposed) ORDER

This Court having read and considered Plaintiff's *Emergency Motion*, for good cause shown, it is hereby

**ORDERED** that Plaintiff shall and does have up to and including **November 28, 2017** to respond to *Defendants Colonel Mark Adger and Captain Vicky White's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6).*

**SO ORDERED** this\_\_\_\_\_ day of November, 2017.

                                                   **Hon. Leigh Martin May, Judge**
                                                   **U.S. District Court, NDGa, Atl Div**

Prepared by:

**/s/ *Ralph J. Villani***
**Ralph J. Villani, Esq.** *(10-31-2017)*
GA Bar No. 727700

Counsel for Plaintiff

    *Thomas - EMERGENCY MOTION*                *Page 5 of  5*