```
              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION
```

| | |
|---|---|
| **RICHARD D. THOMAS,**<br>         Plaintiff,<br><br>     -vs-<br><br>THEODORE JACKSON, SHERIFF OF<br>FULTON COUNTY, GA, *et al,*<br>         Defendants. | CIVIL ACTION FILE<br><br>NO.: **1:16-cv-03033-LMM** |

### UNOPPOSED SECOND EMERGENCY MOTION FOR EXPANSION OF TIME TO RESPOND TO DEFENDANTS COLONEL MARK ADGER AND CAPTAIN VICKY WHITE'S MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(6) ("UNOPPOSED SECOND EMERGENCY MOTION")

Plaintiff moves this Court, on an emergency basis, to allow him additional time up to and including December 11, 2017 (another 13 additional days) to Respond to *Defendants Colonel Mark Adger's and Captain Vicky White's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6)* ("Motion"), Defendants are unopposed to same, and shows this Court as follows:

1. Plaintiff's Counsel had a leave of absence from November 1, 2017 through November 14, 2017 and Plaintiff was allowed to respond to said *Motion* on or before November 28, 2017.

2. Plaintiff's undersigned counsel recently returned from a trip out of the Country and, unfortunately, caught some sort of bug, which he is still fighting.

3. Counsel is very ill and is now suffering from severe stomach cramps (and the ills that befall same), a bad sore throat, coughing, and severe congestion, and he is unfortunately

unable to do any legal work until Monday, *November 27,* 2017, at the earliest.

4. Counsel's doctor has prescribed a very strong antibiotic (Zithromax a/k/a Azithromycin)and, per doctor's orders, Plaintiff's undersigned counsel will be resting and recuperating through Wednesday (<u>*note*</u> due to Thanksgiving break and out-of-town guests expected, it now appears that next Monday might be counsel's first day back to work).

5. Counsel sent opposing counsel a copy of Plaintiff's *Second Emergency Motion* asking Defendants to consent to same; and, Defendants are unopposed to this motion.

6. Therefore, for the within and foregoing reasons, this Court must GRANT Plaintiff's motion and allow him up to and including **December 11, 2017** to respond to subject motion.

7. Plaintiff has included a proposed Order for this Court's review and consideration.

**<u>Argument and Citation of Authority</u>**:

This Court has the equitable, inherent and statutory authority to control matters before it and to grant Plaintiff's second emergency motion and allow Plaintiff up to and through **December 11, 2017** to respond to Defendants Colonel Mark Adger's and Captain Vicky White's Motion to Dismiss Pursuant to Fed.r.civ.p. 12(b)(6) due to Plaintiff's counsel's illness, especially, as here, where Defendants are unopposed to same.

**WHEREFORE,** Plaintiff prays that this Court GRANT his *Second Emergency Motion*, allow him an expansion of time to file his Response to *Defendants Colonel Mark Adger's and Captain Vicky White's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6)* up to and including **December 11, 2017**, and for such other and further relief deemed fair, just and/or equitable by this Court.

This 20th day of November, 2017.

                                                          **/s/ *Ralph J. Villani***
                                                        **Ralph J. Villani, Esq.**
                                                        GA Bar No. 727700

***VILLANI LAW FIRM***
821 Dawsonville Hwy.
Suite 250-333
Gainesville, GA 30501-2634

(TEL) 770.985.6773;
(FAX) 770.979.5190

(Email) ralphjvillani@gmail.com

                                                    **Counsel for Plaintiff**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICHARD D. THOMAS,**<br>Plaintiff,<br><br>-vs-<br><br>THEODORE JACKSON, SHERIFF OF<br>FULTON COUNTY, GA, *et al,*<br>Defendants. | CIVIL ACTION FILE<br><br>NO.: **1:16-cv-03033-LMM** |

### *COMBINED CERTIFICATION OF COMPLIANCE AND CERTIFICATE OF SERVICE*

This is to certify that this document complies with the Local Rules and that the font used herein is Courier New 12 point

This is to certify that I, this day, served opposing counsel for Defendants with a true copy of Plaintiff's within and foregoing **Unopposed Second Emergency Motion**, by and through this Court's CM/ECF *efile* system to:

> **Ashley J. Palmer, Staff Attorney**
> Office of the Fulton County Attorney
> 141 Pryor Street, SW, Suite 4038
> Atlanta, Georgia 30303
> *ashley.palmer@fultoncountyga.gov*

This 21st day of November, 2017.

                                            */s/ Ralph J. Villani*
***VILLANI LAW FIRM***          **Ralph J. Villani, Esq.**
821 Dawsonville Hwy.       GA Bar No. 727700
Suite 250-333
Gainesville, GA 30501-2634
(TEL) 770.985.6773;
(FAX) 770.979.5190
(Email) *ralphjvillani@gmail.com*

                                                **Counsel for Plaintiff**

```
              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION
```

**RICHARD D. THOMAS,**          |
    Plaintiff,            |
                          | CIVIL ACTION FILE
  -vs-                    |
                          | NO.: **1:16-cv-03033-LMM**
THEODORE JACKSON, SHERIFF,      |
FULTON COUNTY, GA, *et al*,     |
    Defendants.           |

### (Proposed) ORDER

This Court having read and considered Plaintiff's *Second Emergency Motion*, and it appearing that Defendants are unopposed to same, for good cause shown, it is hereby

**ORDERED** that Plaintiff shall and does have up to and including **December 11, 2017** to respond to *Defendants Colonel Mark Adger's and Captain Vicky White's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6)*.

**SO ORDERED** this\_\_\_\_\_ day of November, 2017.

 

_____
**Hon. Leigh Martin May, Judge**
U.S. District Court, NDGa, Atl Div

Prepared by:

**/s/ *Ralph J. Villani***
**Ralph J. Villani, Esq.** (*11-20-2017*)
GA Bar No. 727700

Counsel for Plaintiff