IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICHARD D. THOMAS,** | |
| Plaintiff, | |
| -vs- | CIVIL ACTION FILE |
| | NO.: **1:16-cv-03033-LMM** |
| THEODORE JACKSON, SHERIFF, FULTON COUNTY, GA, *et al,* | |
| Defendants. | |

## ~~(Proposed)~~ ORDER

This Court having read and considered Plaintiff's *Second Emergency Motion*, and it appearing that Defendants are unopposed to same, for good cause shown, it is hereby

**ORDERED** that Plaintiff shall and does have up to and including **December 11, 2017** to respond to *Defendants Colonel Mark Adger's and Captain Vicky White's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6)*. There will be no further extensions on this Motion.

SO ORDERED this 21st day of November, 2017.

_____
Hon. Leigh Martin May, Judge
U.S. District Court, NDGa, Atl Div

Prepared by:

/s/ *Ralph J. Villani*
**Ralph J. Villani, Esq.** *(11-20-2017)*
GA Bar No. 727700

Counsel for Plaintiff