```
        IN THE UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF GEORGIA
                 ATLANTA DIVISION
```

**RICHARD D. THOMAS,**           |
      Plaintiff,          |
                          | CIVIL ACTION FILE
   -vs-                     |
                          | NO.: **1:16-cv-03033-LMM**
THEODORE JACKSON, SHERIFF OF    |
FULTON COUNTY, GA, *et al,*     |
      Defendants.          |

### PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS COLONEL MARK AGER AND CAPTAIN VICKY WHITE'S MOTION TO DISMISS PURSUANT TO FED.R.CIV.P 12(b)(6)("RESPONSE")

    Comes now Plaintiff, by and through his undersigned counsel, and pursuant, in part, to Fed.R.Civ.P. 12(b)(6), files his Response to Defendants' Motion to Dismiss for failure to state a claim against them.  Plaintiff moves this Court to DENY Defendants' instant motion for the reasons more fully shown in Plaintiff's Brief in Opposition which is filed contemporaneously herewith and which is incorporated by reference herein.

    This 11th day of December, 2017.

                                             ***/s/ Ralph J. Villani***
                                             **Ralph J. Villani, Esq.**
                                             GA Bar No. 727700

*VILLANI LAW FIRM*
821 Dawsonville Hwy.
Suite 250-333
Gainesville, GA 30501-2634

(TEL) 770.985.6773;
(FAX) 770.979.5190
(Email) [ralphjvillani@gmail.com](mailto:ralphjvillani@gmail.com)

                                       **Counsel for Plaintiff**

```
            IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION
```

**RICHARD D. THOMAS,**           |
     Plaintiff,            |
                                    |   CIVIL ACTION FILE
    -vs-                         |
                                      |   NO.: **1:16-cv-03033-LMM**
**THEODORE JACKSON, SHERIFF OF** |
**FULTON COUNTY, GA,** *et al,*   |
     Defendants.           |

### *COMBINED CERTIFICATION OF COMPLIANCE*
### *AND CERTIFICATE OF SERVICE*

    This is to certify that this document complies with the Local Rules and that the font used herein is Courier New 12 point

    This is to certify that I, this day, served opposing counsel for Defendants with a true copy of Plaintiff's within and foregoing **Response,** by and through this Court's CM/ECF *efile* system to:

> **Ashley J. Palmer, Staff Attorney**
> Office of the Fulton County Attorney
> 141 Pryor Street, SW, Suite 4038
> Atlanta, Georgia 30303
> *ashley.palmer@fultoncountyga.gov*

    This 21st day of November, 2017.

                                              */s/ Ralph J. Villani*
***VILLANI LAW FIRM***                 **Ralph J. Villani, Esq.**
821 Dawsonville Hwy.         GA Bar No. 727700
Suite 250-333
Gainesville, GA 30501-2634
(TEL) 770.985.6773;
(FAX) 770.979.5190
(Email) *ralphjvillani@gmail.com*

                                               **Counsel for Plaintiff**