# Exhibit "A"

## FULTON COUNTY SHERIFF'S DEPARTMENT JAIL BUREAU
### SHIFT ACTIVITY REPORT & STAFF DEPLOYMENT

AWOL= ABSENT WITHOUT LEAVE; EMER= DEATH, FAMILY, PERSONAL EMERGENCY; FMLA= FAMILY MEDICAL LEAVE ACT; MIL= MILITARY; SICK= EMPLOYEE SICK, DENTAL OR MEDICAL APPOINTMENT; SUSP= SUSPENDED; TRN= TRAINING; VAC= VACATION; W/C= WORKER'S COMP; OTHER= COURT, HOLIDAY, WORK PERIOD ADJUSTMENT. *NOTE:* DENOTE CIVILIAN AND SECURITY SPECIALIST LEAVE BY TYPING "C/" BEFORE THE APPROPRIATE LEAVE TYPE.  INDICATE OVERTIME BY PLACING A "X" IN THE      OT COLUMN. TYPE CLOCK-IN TIME IN THE LATE COLUMN FOR EMPLOYEES ARRIVING LATE.  TYPE TIME THAT AN EMPLOYEE ARRIVED OR LEFT IF AN EMPLOYEE IS REASSIGNED OR HAS TO LEAVE EARLY IN THE ARRIVED/LEFT COLUMN.  TO ENSURE AN ACCURATE COUNT OF STAFF YOU MUST  TYPE THE EMPLOYEE'S NAME ON THE CORRESPONDING LINE (I.e.. S/S= S/S J. DOE, DEP/DO= DEP. Q. PUBLIC, etc.).

**STAFFING**

| | MAIN | LOW RISE | CIV/SS | TOTAL | GRADY | ALPHARETTA |
|---|---|---|---|---|---|---|
| PRESENT | 39 | 33 | 8 | 80 | 6 | 7 |
| AWOL | 0 | 0 | 0 | 0 | 0 | 0 |
| EMERGENCY | 1 | 2 | 0 | 3 | 0 | 0 |
| FMLA | 0 | 1 | 0 | 1 | 0 | 0 |
| MILITARY | 0 | 0 | 0 | 0 | 0 | 0 |
| SICK | 0 | 2 | 0 | 2 | 0 | 0 |
| SUSPENDED | 0 | 0 | 0 | 0 | 0 | 0 |
| TRAINING | 0 | 1 | 0 | 1 | 0 | 0 |
| VAC | 1 | 1 | 0 | 2 | 0 | 0 |
| W/C | 3 | 0 | 0 | 3 | 0 | 0 |
| OTHER | 0 | 0 | 0 | 0 | 0 | 0 |
| LATE | 0 | 0 | 0 | 0 | 0 | 0 |
| OVERTIME | 4 | 6 | 1 | 11 | 1 | 1 |

**REPORTS**

| INMATES | | VISITORS | |
|---|---|---|---|
| INMATE FIGHTS/ASSAULTS | 0 | COMPLAINT(S) | 0 |
| MEDICAL VISITS | 23 | ILLNESS | 0 |
| PROPERTY DAMAGE | 0 | WARNING(S) | 0 |
| SUICIDE ATTEMPT(S) | 0 | ARREST(S) | 0 |
| DEATH(S) | 0 | OTHER | 0 |
| INCIDENT REPORT(S) | 1 | | |

| FACILITY | | PERSONNEL | |
|---|---|---|---|
| EVACUATION(S) | 0 | VIOLATION(S) | 0 |
| POWER FAILURE(S) | 0 | CONFERENCE(S) | 0 |
| BOMB THREAT(S) | 0 | ACCIDENT(S) | 0 |
| | | ROLL CALL TRN | 0 |

| JAIL POPULATION | 2,027 | BOOKED IN | 21 |
|---|---|---|---|
| TOTAL POP. INCLUDING OUTSOURCE | 2,517 | RELEASED | 38 |

*Each shift, the Watch Commander is required to visit at least one floor to interact with the inmate population.
Today, I made a comprehensive round on the following floor(s):   FYI FOR 3 SOUTH AN INMATE SHUT THEIR FINGER IN THE DOOR.

FRIDAY JULY 25TH 2014
DATE

CAPT A. ENGLISH/ LT. Y. CULLER
WATCH COMMANDER/ ASST W/C

D/O K. WOOTEN
PREPARED BY

I CERTIFY THAT THIS IS A TRUE AND ACCURATE COPY OF THE ORIGINAL DOCUMENT.

FULTON COUNTY SHERIFF'S OFFICE

06/24/2015

DATE

## FULTON COUNTY JAIL BUREAU
### EMPLOYEE WORK ROSTER

| Watch Commander: CAPT A. ENGLISH | | | Day: FRIDAY | | Watch: EVENING | Date: 07/25/14 |
|---|---|---|---|---|---|---|
| Assistant Watch Commander: LT. Y. CULLER | | | | | | |

| SECTION RANK | EMPLOYEES PRESENT | LATE | ARRIVED LEFT | OT "X" | ABSENT PERSONNEL | TYPE OF LEAVE |
|---|---|---|---|---|---|---|
| OFFICE | | | | | | |
| CIV/SS | | | | | | |
| DEP/DO | D/O K. WOOTEN | | | | | |
| UNIT MGR | | | | | | |
| S/S | | | | | | |
| | D/O S. JACKSON | | | | D/O M. LACY | W/C |
| | D/O Z. BENJAMIN | | OT/2315 | X | | |
| 1 N | | | | | | |
| | | | | | | |
| SUPERVISOR | | | | | | |
| UNIT MGR | | | | | | |
| S/S | | | | | | |
| | D/O S. WADE | | | | | |
| | D/O T. HUDGON | | | | | |
| 2 N | | | | | | |
| | | | | | | |
| SUPERVISOR | | | | | | |
| S/S | | | | | | |
| | CDS R. RICHARDSON | | | | | |
| | D/O R. JACKSON | | | | | |
| 2 S | D/O A. TODD | | OT/2245 | X | | |
| | | | | | | |
| SUPERVISOR | | | | | | |
| UNIT MGR | | | | | | |
| S/S | S/S T. THOMAS | | | | | |
| | D/O L. JEFFERY | | | | | |
| 3 N | D/O T. WHALEY | | OT/2245 | X | | |
| | | | | | | |
| SUPERVISOR | | | | | SGT N. TAYLOR | VAC |
| S/S | | | | | | |
| | D/O K. BROOKS | | | | | |
| | D/O D. PHILLIPS | | | | | |
| 3 S | D/O T. MOCIERS | | | | | |
| | | | | | | |
| SUPERVISOR | | | | | | |
| UNIT MGR | | | | | | |
| S/S | | | | | | |
| | DEP S. SPOON | | | | | |
| 4 N | | | | | | |
| | | | | | | |
| SUPERVISOR | SGT V. MCCOY | | | | | |
| S/S | | | | | | |
| | CDS E. PHILLIPS | | | | | |
| | D/O J. JONES | | | | | |
| 4 S | | | | | | |
| | | | | | | |
| SUPERVISOR | SGT R. BARLEY | | | | | |

## FULTON COUNTY JAIL BUREAU
### EMPLOYEE WORK ROSTER

| SECTION RANK | EMPLOYEES PRESENT | LATE | ARRIVED LEFT | OT "X" | ABSENT PERSONNEL | TYPE OF LEAVE |
|---|---|---|---|---|---|---|
| UNIT MGR | | | | | | |
| S/S | | | | | | |
| | D/O M. PRESBURY-LOMAX | | | | | |
| | DEP D. POUNDS | | | | | |
| 5 N | D/O J. JOSEPH | | OT/2130 | X | | |
| | | | | | | |
| SUPERVISOR | | | | | SGT J. CHOATES | W/C |
| S/S | | | | | | |
| | DEP M. CASTLEBERRY | | | | | |
| | D/O R. GLANTON | | | | | |
| 5 S | D/O D. KENNEY | | | | | |
| | | | | | | |
| SUPERVISOR | | | | | | |
| UNIT MGR | | | | | | |
| S/S | | | | | | |
| | D/O T. DELGADO | | | | D/O K. HILL | EMER |
| | D/O L. HUNTLEY | | | | | |
| 6 N | | | | | | |
| | | | | | | |
| SUPERVISOR | SGT S. JACKSON | | | | | |
| S/S | | | | | | |
| | D/O D. COLEMAN | | | | CDS J. BRYANT | TRN |
| | D/O M. JORDAN | | | | | |
| 6 S | D/O C. DAUGHTERY | | | | | |
| | | | | | | |
| SUPERVISOR | | | | | | |
| UNIT MGR | | | | | | |
| S/S | | | | | | |
| | D/O A. HARVEY | | | | CDS E. JONES | TRN |
| | D/O C. MARSHALL | | | | D/O W. WHITAKER | W/C |
| 7 N | | | | | | |
| | | | | | | |
| SUPERVISOR | | | | | | |
| S/S | | | | | | |
| | D/O A. KIKER | | | | | |
| | CDS Y. SHABBAZZ | | | | | |
| 7 S | D/O B. NWANJO | | | | | |
| | | | | | | |
| SUPERVISOR | | | | | | |
| **MEDICAL** | | | | | | |
| UNIT MGR | LT R. ABERCROMBIE | | | | | |
| SUPERVISOR | | | | | SGT A. COPELAND | TRN |
| S/S | | | | | | |
| DEP/DO | DEP N. OLESON | | | | DEP P. DUNN | W/C |
| DEP/DO | DEP J. ALVAREZ | | | | | |
| DEP/DO | DEP J. BELL | | | | | |
| DEP/DO | DEP D. PHILLIPS | | | | | |
| DEP/DO | | | | | | |
| DEP/DO | | | | | | |
| DEP/DO | | | | | | |

### FULTON COUNTY JAIL BUREAU
#### EMPLOYEE WORK ROSTER

| SECTION RANK | EMPLOYEES PRESENT | LATE | ARRIVED LEFT | OT "X" | ABSENT PERSONNEL | TYPE OF LEAVE |
|---|---|---|---|---|---|---|
| **CENTRAL CONTROL** | | | | | | |
| UNIT MGR | | | | | | |
| SUPERVISOR | SGT W. BARNARD | | | | | |
| RELEASE | D/O B. TRANG | | | | DEP V. BOOKER | FMLA |
| RELEASE | D/O G. GOGGINS | | | | D/O L. TAYLOR | SICK |
| BONDING | D/O N. JEFFERSON | | | | | |
| BONDING | | | | | | |
| MOVEMENT | | | | | | |
| MOVEMENT | | | | | | |
| CIVILIAN | | | | | | |
| CIVILIAN | | | | | | |
| S/S | | | | | | |
| **RECEPTION CONTROL / VISITATION** | | | | | | |
| SUPERVISOR | | | | | | |
| RECEPTION | DEP A. LESSIER | | | | | |
| RECEPTION | D/O J. FRANCOIS | | | | | |
| RECEPTION | D/O Y. JOHNSON | | OT/2115 | X | | |
| VISITATION | D/O C. KIMBROUGH | | OT/2115 | X | | |
| VISITATION | | | | | | |
| VISITATION | | | | | | |
| S/S | | | | | | |
| S/S | | | | | | |
| S/S | | | | | | |
| **IDENTIFICATION SECTION** | | | | | | |
| SUPERVISOR | | | | | | |
| CIVILIAN | *CIV J. BROWN* | | | | | |
| CIVILIAN | *CIV P. OTOO* | | | | | |
| CIVILIAN | *CIV D. LONG* | | | | | |
| CIVILIAN | | | | | | |
| DEP/DO | *CIV T. PONDER-LONG* | | | | | |
| DEP/DO | *DEP A. GILBERT* | | | | | |
| **INTAKE CENTER** | | | | | | |
| UNIT MGR | | | | | | |
| SUPERVISOR | SGT M. BUSH | | | | | |
| TOWER | | | | | | |
| MEDICAL | | | | | | |
| RECEIVING | DEP A. GILBERT | | | | | |
| RECEIVING | DEP B. PARKER-HUFF | | | | | |
| RECEIVING | D/O K. MITCHELL | | | | | |
| RECEIVING | D/O T. KILLINGS-BELL | | | | | |
| RECEIVING | D/O M. BUITRAGO | | | | | |
| SUPERVISOR | S/S K. JOHNSON | | | | | |
| PROPERTY | D/O S. BLAYLOCK | | | | | |
| PROPERTY | D/O N. BRADLEY | | | | | |
| PROPERTY | | | | | | |
| SUPERVISOR | | | | | | |
| PROP STORAGE | | | | | | |
| PROP STORAGE | | | | | | |
| TOWER | | | | | | |
| SALLY PORT | | | | | | |
| PROPERTY | | | | | | |
| PROP STORAGE | | | | | | |
| COMP OP | | | | | | |
| COMP OP | | | | | | |
| COMP OP | | | | | | |
| COMP OP | | | | | | |
| COMP OP | | | | | | |
| **CLASSIFICATION** | | | | | | |
| UNIT MGR | | | | | | |
| SUPERVISOR | | | | | | |
| DEP/DO | DEP R. LEE | | | | CIV PLUMMER | VAC |
| DEP/DO | D/O A. MORGAN | | | | | |
| DEP/DO | | | | | | |
| DEP/DO | | | | | | |
| DEP/DO | | | | | | |
| DEP/DO | | | | | | |
| CIVILIAN | | | | | | |
| CIVILIAN | | | | | | |
| CIVILIAN | | | | | | |

## FULTON COUNTY JAIL BUREAU
### EMPLOYEE WORK ROSTER

| SECTION RANK | EMPLOYEES PRESENT | LATE | ARRIVED LEFT | OT "X" | ABSENT PERSONNEL | TYPE OF LEAVE |
|---|---|---|---|---|---|---|
| **RECORDS** | | | | | | |
| UNIT MGR | | | | | | |
| SUPERVISOR | | | | | | |
| POST 1 | | | | | | |
| POST 2 | | | | | | |
| **SUPERVISOR** | | | | | | |
| **CIVILIAN** | | | | | | |
| CIVILIAN | | | | | | |
| CIVILIAN | | | | | | |
| CIVILIAN | | | | | | |
| CIVILIAN | | | | | | |
| CIVILIAN | | | | | | |
| CIVILIAN | | | | | | |
| CIVILIAN | | | | | | |
| CIVILIAN | | | | | | |
| CIVILIAN | | | | | | |
| CIVILIAN | | | | | | |
| **ADMINISTRATION / INACTIVE RECORDS** | | | | | | |
| SUPERVISOR | | | | | | |
| CIVILIAN | | | | | | |
| S/S | | | | | | |
| S/S | | | | | | |
| **SORT** | | | | | | |
| UNIT MGR | | | | | | |
| SUPERVISOR | | | | | | |
| DEP/DO | | | | | | |
| DEP/DO | | | | | | |
| DEP/DO | | | | | | |
| DEP/DO | | | | | | |
| DEP/DO | | | | | | |
| DEP/DO | | | | | | |
| DEP/DO | | | | | | |
| DEP/DO | | | | | | |
| DRUG COURT | | | | | | |
| **SECURITY** | | | | | | |
| UNIT MGR | | | | | | |
| SUPERVISOR | | | | | | |
| SUPERVISOR | | | | | | |
| GUARD SHACK | DEP L. WYCHE | | | | DEP J. KENNEDY | VAC |
| NEW INTAKE | | | | | S/S W. MORGAN | EMER |
| CENTRAL | | | | | DEP M. FULTON | EMER |
| GARRETT | | | | | DEP N. CHARLES | TRN |
| PERIMETER | DEP T. CALLOWAY | | | | | |
| DEP/DO | | | | | | |
| DEP/DO | | | | | | |
| DEP/DO | | | | | | |
| DEP/DO | | | | | | |
| OLD INTAKE LOAD DOCK | S/O S. HARPER | | OT/2030 | X | | |
| OLD INTAKE LOAD DOCK | | | | | | |
| **KITCHEN / FOOD SERVICES** | | | | | | |
| SUPERVISOR | | | | | | |
| DEP/DO | D/O C. TUITT | | | | | |
| DEP/DO | D/O K. EDWARDS | | | | | |
| DEP/DO | D/O A. WILLIAMS | | | | | |
| DEP/DO | D/O T. RUDISON | | OT/1915 | X | | |
| DEP/DO | | | | | | |
| S/S | | | | | | |
| S/S | | | | | | |
| S/S | | | | | | |
| **JAIL PROGRAMS** | | | | | | |
| SUPERVISOR | | | | | | |
| DEP/DO | | | | | | |
| CIVILIAN | | | | | | |

## FULTON COUNTY JAIL BUREAU
### EMPLOYEE WORK ROSTER

| SECTION RANK | EMPLOYEES PRESENT | LATE | ARRIVED LEFT | OT "X" | ABSENT PERSONNEL | TYPE OF LEAVE |
|---|---|---|---|---|---|---|
| **DISCIPLINARY / GRIEVANCE** | | | | | | |
| UNIT MGR | | | | | | |
| SUPERVISOR | | | | | | |
| SUPERVISOR | | | | | | |
| DEP/DO | | | | | | |
| DEP/DO | | | | | | |
| CIVILIAN | | | | | | |
| **COMPSTAT** | | | | | | |
| SUPERVISOR | | | | | | |
| DEP/DO | | | | | | |
| DEP/DO | | | | | | |
| **INSPECTION UNIT** | | | | | | |
| LOCKS | | | | | | |
| LOCKS | | | | | | |
| S/S | | | | | | |
| S/S | | | | | | |
| **COMMISSARY / SANITATION / LAUNDRY** | | | | | | |
| UNIT MGR | | | | | | |
| COMM | | | | | | |
| COMM | | | | | | |
| COMM | | | | | | |
| LAUNDRY | D/O D. LOTT | | | | | |
| LAUNDRY | D/O A. MCCLARY | | | | | |
| LAUNDRY | | | | | | |
| LAUNDRY | | | | | | |
| S/S | S/S S. DUNCAN | | | | | |
| S/S | S/S M. PAGE | | OT/1915 | X | | |
| S/S | | | | | | |
| S/S | | | | | | |
| MAILROOM | CLOSED | | | | | |
| MAILROOM | | | | | | |
| MAILROOM | | | | | | |
| MAILROOM | | | | | | |
| SANITATION | SGT BENNETT | | OT/1815 | X | D/O G. DEVEREUX | SICK |
| SANITATION | D/O B. MARILLA | | OT/1915 | X | | |
| SANITATION | | | | | | |
| SANITATION | | | | | | |
| SANITATION | | | | | | |
| SANITATION | | | | | | |
| S/S | | | | | | |
| S/S | | | | | | |
| S/S | | | | | | |
| S/S | | | | | | |
| GROUNDS | | | | | | |
| GROUNDS | | | | | | |

## FULTON COUNTY JAIL BUREAU
### EMPLOYEE WORK ROSTER

| SECTION RANK | EMPLOYEES PRESENT | LATE | ARRIVED LEFT | OT "X" | ABSENT PERSONNEL | TYPE OF LEAVE |
|---|---|---|---|---|---|---|
| **MARIETTA ANNEX** | | | | | | |
| SUPERVISOR | | | | | | |
| DEP/DO | D/O M. BANKS | | | | D/O R. LOCKHART | |
| DEP/DO | DEP E. GILREE | | OT/2315 | X | | VAC |
| DEP/DO | DEP A. RICHARDSON | | OT/2315 | X | | |
| DEP/DO | | | | | | |
| DRIVER | | | | | | |
| **GRADY** | | | | | | |
| UNIT MGR | LT. V. WHITE | | | | | |
| SUPERVISOR | SGT D. HOUSTON | | OT/1902 | X | | |
| S/S | | | | | | |
| S/S | | | | | | |
| S/S | *S/S B. FEASTER* | | | | | |
| DEP/DO | DEP C. ADAMS | | | | | |
| DEP/DO | D/O C. HANKS-GATES | | | | | |
| DEP/DO | D/O J. JOHNSON | | | | | |
| DEP/DO | | | | | | |
| DEP/DO | | | | | | |
| DEP/DO | | | | | | |
| DEP/DO | | | | | | |
| DEP/DO | | | | | | |
| DEP/DO | | | | | | |
| DEP/DO | | | | | | |
| DEP/DO | | | | | | |
| DEP/DO | | | | | | |
| DEP/DO | | | | | | |
| DEP/DO | | | | | | |
| **ALPHARETTA** | | | | | | |
| UNIT MGR | | | | | | |
| SUPERVISOR | SGT. I. ZERQUERA | | | | | |
| DEP/DO | D/O M. LAMPKIN | | | | | |
| DEP/DO | DEP M. HALPIN | | | | DEP G. JORDAN | OFF |
| DEP/DO | DEP R. WALKER | | | | D/O T. BECKOM | OFF |
| DEP/DO | D/O A. CURRENCE | | OT/2115 | X | D/O D. REMBERT | OFF |
| DRIVER | | | | | | |
| DEP/DO | NURSE D. BAILEY | | | | | |
| DRIVER | DEP F. WRIGHT | | | | | |
| **SOUTH FULTON ANNEX** | | | | | | |
| UNIT MGR | | | | | | |
| SUPERVISOR | | | | | | |
| DEP/DO | D/O L. HAMM | | | | D/O K. BALL | |
| DEP/DO | D/O A. BROWN | | | | | FMLA |
| DEP/DO | D/O S. ESCOFFERY | | | | | |
| DEP/DO | D/O C. HART | | | | | |
| DEP/DO | DEP R. GRADY | | OT/2115 | X | | |
| DRIVER | | | | | | |
| DEP/DO | NURSE REESE/JAMIE | | | | | |
| DRIVER | DEP J. SNEED | | | | | |
| **OTHER ASSIGNMENTS / DUTIES** | | | | | | |
| Any staff listed in this area must be added into the count manually. | | | | | | |

### CADETS (ONLY LIST CADETS WHO ARE IN ROTATION HERE)

| NAME | FTO/SUPERVISOR | FLOOR | |
|---|---|---|---|
| CDO K. MARLOW | | 1 NORTH | |
| CDO B. HARRIS | | 2 NORTH | |
| CDO A. ALLEN | | 3 NORTH | |
| CDO A. MCKENZIE | | 4 NORTH | |
| CDO P. GOR | | 5 NORTH | |
| CDO J. SULLIVAN | | MOU | |
| | | | |
| | | | |
| | | | |

**FULTON COUNTY JAIL BUREAU**
EMPLOYEE WORK ROSTER

## OVERTIME USE REPORT

**REPORTING SHIFT:**

| NAMES OF SWORN STAFF WORKING OVERTIME | ASSIGNED SHIFT | AREA WORKED | INDICATE | | | TOTAL HOURS WORKED |
|---|---|---|---|---|---|---|
| DEP M. CASTLEBERRY | 11-7 | 5 SOUTH | VOLUNTEER | X | MANDATORY | 5 |
| DEP A. RICHARDSON | 7-3 | MARIETTA ANNEX | VOLUNTEER | X | MANDATORY | 8 |
| DEP E. GILREE | 7-3 | MARIETTA ANNEX | VOLUNTEER | X | MANDATORY | 8 |
| D/O Z. BENJAMIN | 7-3 | 1 NORTH | VOLUNTEER | X | MANDATORY | 8 |
| D/O A. TODD | 11-7 | 2 SOUTH | VOLUNTEER | X | MANDATORY | 4 |
| D/O T. WHALEY | 11-7 | 3 NORTH | VOLUNTEER | X | MANDATORY | 4 |
| D/O J. JOSEPH | 7-3 | 5 NORTH | VOLUNTEER | X | MANDATORY | 6 |
| D/O M. JORDAN | 7-3 | 6 SOUTH | VOLUNTEER | X | MANDATORY | 8 |
| D/O C. MARSHALL | 3-11 | 7 NORTH | VOLUNTEER | X | MANDATORY | 8 |
| D/O Y. JOHNSON | 7-3 | RECEPTION | VOLUNTEER | X | MANDATORY | 6 |
| D/O C. KIMBROUGH | 7-3 | RECEPTION | VOLUNTEER | X | MANDATORY | 6 |
| D/O S. HARPER | 7-3 | OLD INTAKE | VOLUNTEER | X | MANDATORY | 5 |
| | | | VOLUNTEER | | MANDATORY | |
| | | | VOLUNTEER | | MANDATORY | |
| | | | VOLUNTEER | | MANDATORY | |
| | | | VOLUNTEER | | MANDATORY | |
| | | | VOLUNTEER | | MANDATORY | |
| | | | VOLUNTEER | | MANDATORY | |
| | | | VOLUNTEER | | MANDATORY | |
| | | | VOLUNTEER | | MANDATORY | |

| NAMES OF CIVILIAN STAFF WORKING OVERTIME (Including Security Specialists) | ASSIGNED SHIFT | AREA WORKED | INDICATE | | | TOTAL HOURS WORKED |
|---|---|---|---|---|---|---|
| | | INTAKE | VOLUNTEER | | MANDATORY | |
| | | BOOKING | VOLUNTEER | | MANDATORY | |
| | | | VOLUNTEER | | MANDATORY | |
| | | | VOLUNTEER | | MANDATORY | |
| | | | VOLUNTEER | | MANDATORY | |
| | | | VOLUNTEER | | MANDATORY | |
| | | | VOLUNTEER | | MANDATORY | |
| | | | VOLUNTEER | | MANDATORY | |
| | | | VOLUNTEER | | MANDATORY | |
| | | | VOLUNTEER | | MANDATORY | |

**REPORT:**

| | | |
|---|---|---|
| # SWORN OVERTIME: | 12 |
| # CIVILIAN OVERTIME: | 0 |
| | 12 |

**MINIMUM SWORN STAFFING LEVEL:**

| FLOOR | STAFF | SUPER | FLOOR | STAFF | SUPER | FLOOR STAFF | FLOOR SUPER |
|---|---|---|---|---|---|---|---|
| MEDICAL | 4 | 0 | 1 NORTH | 2 | 0 | NOT MET | NOT MET |
| 2 SOUTH | 3 | 0 | 2 NORTH | 2 | 0 | NOT MET | NOT MET |
| 3 SOUTH | 3 | 0 | 3 NORTH | 3 | 0 | NOT MET | NOT MET |
| 4 SOUTH | 2 | 1 | 4 NORTH | 1 | 1 | NOT MET | MET |
| 5 SOUTH | 3 | 0 | 5 NORTH | 3 | 0 | NOT MET | NOT MET |
| 6 SOUTH | 3 | 0 | 6 NORTH | 2 | 1 | NOT MET | MET |
| 7 SOUTH | 3 | 0 | 7 NORTH | 2 | 0 | NOT MET | NOT MET |

# Fulton County Jail Bureau Daily Count Sheet

Prepared by:  D/O K. WOOTEN          Shift:          Count Posted Time:

EVENING          DATE   7/25/2014

## North Tower

| North Tower | BEDS | Bodies | Court | Total |
|---|---|---|---|---|
| 1N 100 | 36 | 36 | 0 | 36 |
| 1N 200 | 32 | 32 | 0 | 32 |
| 1N 300 | 32 | 28 | 0 | 28 |
| 1N 400 | 36 | 17 | 0 | 17 |
| 1N 500 | 36 | 20 | 0 | 20 |
| 1N 600 | 32 | 20 | 0 | 20 |
| 1N Total | 204 | 154 | 0 | 154 |
| 2N 100 | 36 | 34 | 0 | 34 |
| 2N 200 | 32 | 32 | 0 | 32 |
| 2N 300 | 32 | 29 | 0 | 29 |
| 2N 400 | 36 | 34 | 0 | 34 |
| 2N 500 | 36 | 32 | 0 | 32 |
| 2N 600 | 32 | 32 | 0 | 32 |
| 2N Total | 204 | 193 | 0 | 193 |
| 3N 100 | 36 | 16 | 0 | 16 |
| 3N 200 | 32 | 19 | 0 | 19 |
| 3N 300 | 32 | 17 | 0 | 17 |
| 3N 400 | 36 | 18 | 0 | 18 |
| 3N 500 | 36 | 18 | 0 | 18 |
| 3N 600 | 31 | 26 | 0 | 26 |
| 3N Total | 203 | 114 | 0 | 121 |
| 4N 100 | 36 | 34 | 1 | 35 |
| 4N 200 | 32 | 31 | 0 | 31 |
| 4N 300 | 32 | 30 | 0 | 30 |
| 4N 400 | 36 | 32 | 1 | 33 |
| 4N 500 | 36 | 33 | 0 | 33 |
| 4N 600 | 32 | 23 | 0 | 23 |
| 4N Total | 204 | 183 | 2 | 185 |
| 5N 100 | 36 | 32 | 0 | 32 |
| 5N 200 | 32 | 31 | 0 | 31 |
| 5N 300 | 32 | 32 | 0 | 32 |
| 5N 400 | 36 | 36 | 0 | 36 |
| 5N 500 | 36 | 35 | 0 | 35 |
| 5N 600 | 32 | 32 | 0 | 32 |
| 5N Total | 204 | 198 | 0 | 198 |
| 6N 100 | 36 | 35 | 0 | 35 |
| 6N 200 | 32 | 31 | 1 | 32 |
| 6N 300 | 32 | 31 | 1 | 32 |
| 6N 400 | 36 | 36 | 0 | 36 |
| 6N 500 | 35 | 31 | 0 | 31 |
| 6N 600 | 32 | 17 | 0 | 17 |
| 6N Total | 203 | 181 | 2 | 183 |
| 7N 100 | 36 | 15 | 0 | 15 |
| 7N 200 | 32 | 12 | 0 | 12 |
| 7N 300 | 32 | 15 | 0 | 15 |
| 7N 400 | 36 | 21 | 0 | 21 |
| 7N 500 | 36 | 20 | 0 | 20 |
| 7N 600 | 32 | 19 | 0 | 19 |
| 7N Total | 204 | 102 | 0 | 102 |
| North Tower Totals | 1426 | 1129 | 0 | 1129 |

## Population Summary

| | | | |
|---|---|---|---|
| Main Jail: | 2,027 | Total Population Including Outsourcing | 2,517 |
| Bellwood: | 0 | | |
| Marietta: | 13 | Total Males | 2,027 |
| Alpharetta: | 23 | Total Females | 244 |
| Total Inmates Outsourced: | 363 | | |

## South Tower

| South Tower | BEDS | Bodies | Court | Total |
|---|---|---|---|---|
| 2S 100 | 36 | 0 | 0 | 21 |
| 2S 200 | 32 | 18 | 0 | 24 |
| 2S 300 | 32 | 14 | 0 | 24 |
| 2S 400 | 36 | 25 | 1 | 26 |
| 2S 500 | 36 | 29 | 0 | 31 |
| 2S 600 | 32 | 9 | 0 | 29 |
| 2S Total | 204 | 95 | 0 | 155 |
| 3S 100 | 36 | 33 | 1 | 30 |
| 3S 200 | 32 | 31 | 0 | 29 |
| 3S 300 | 32 | 32 | 0 | 27 |
| 3S 400 | 36 | 19 | 0 | 19 |
| 3S 500 | 36 | 27 | 1 | 23 |
| 3S 600 | 32 | 30 | 0 | 27 |
| 3S Total | 204 | 174 | 2 | 154 |
| 4S 100 | 36 | 36 | 0 | 35 |
| 4S 200 | 32 | 31 | 0 | 33 |
| 4S 300 | 32 | 0 | 0 | 32 |
| 4S 400 | 36 | 0 | 0 | 37 |
| 4S 500 | 36 | 35 | 0 | 36 |
| 4S 600 | 32 | 32 | 0 | 31 |
| 4S Total | 204 | 134 | 0 | 204 |
| 5S 100 | 36 | 33 | 2 | 34 |
| 5S 200 | 32 | 31 | 0 | 33 |
| 5S 300 | 32 | 32 | 0 | 33 |
| 5S 400 | 36 | 0 | 0 | 18 |
| 5S 500 | 36 | 35 | 0 | 35 |
| 5S 600 | 32 | 31 | 0 | 31 |
| 5S Total | 204 | 162 | 2 | 184 |
| 6S 100 | 36 | 34 | 0 | 34 |
| 6S 200 | 32 | 32 | 0 | 31 |
| 6S 300 | 32 | 32 | 0 | 31 |
| 6S 400 | 36 | 36 | 0 | 35 |
| 6S 500 | 35 | 35 | 0 | 32 |
| 6S 600 | 32 | 30 | 1 | 30 |
| 6S Total | 203 | 199 | 0 | 193 |
| 7S 100 | 36 | 28 | 0 | 25 |
| 7S 200 | 32 | 29 | 1 | 22 |
| 7S 300 | 32 | 21 | 0 | 20 |
| 7S 400 | 36 | 24 | 0 | 20 |
| 7S 500 | 36 | 20 | 0 | 28 |
| 7S 600 | 32 | 12 | 0 | 12 |
| 7S Total | 204 | 134 | 1 | 127 |
| South Tower Totals | 1223 | 0 | 898 | 1017 |

## Bellwood

| Bellwood | Beds | 0 | 0 | Totals |
|---|---|---|---|---|
| 100 | 50 | | | 0 |
| 200 | 50 | | | 0 |
| 300 | 50 | | | 0 |
| 400 | 50 | | | 0 |
| Bellwood Totals | 200 | 0 | 0 | 0 |

## Marietta

| Marietta | Beds | Bodies | Court | Totals |
|---|---|---|---|---|
| 100 | 35 | 13 | 0 | 13 |
| 200 | 35 | 0 | 0 | 0 |
| 300 | 30 | 0 | 0 | 0 |
| Marietta Totals | 100 | 13 | 0 | 13 |

| Infirmary | Males | 29 | Females | 6 |
|---|---|---|---|---|

## OUTSOURCING

| | | | |
|---|---|---|---|
| Decatur Co. | 0 | Pelham Co. | 0 |
| Oconee Co. | 0 | Douglas Co. | 100 |
| Union City | 244 | Cobb Co. | 15 |
| ...on Co. | 0 | | |

## NEW INTAKE

| Male | 4 |
|---|---|
| Female | 6 |

## ALPHARETTA ANNEX

| Males | 21 |
|---|---|
| Female | 2 |

## CENTRAL CONTROL

| Male | |
|---|---|
| Female | |

## Loan Outs

| Male | 61 |
|---|---|
| Female | 16 |

## Dekalb Co.

| Males | 19 |
|---|---|
| Females | 0 |

## Atl City Jail

| Male | 0 |
|---|---|
| Female | 0 |

## HOUSING ZONES TEMPERATURE SUMMARY

DATE: 7/25/2014   SHIFT: EVEING   SUBMITTED BY:   D/O K. WOOTEN

| NORTH TOWER | | | | SOUTH TOWER | | | |
|---|---|---|---|---|---|---|---|
| TIME | FLOOR | ZONE | AMBIENT | TIME | FLOOR | ZONE | AMBIENT |
| 1530 | 1 | 100 | 70 | | | | |
| 1528 | | 200 | 70 | | | | |
| 1524 | | 300 | 70 | | | | |
| 1518 | | 400 | 70 | | | | |
| 1532 | | 500 | 70 | | | | |
| 1535 | | 600 | 70 | | | | |
| 1521 | 2 | 100 | 70 | 1519 | 2 | 100 | 70 |
| 1524 | | 200 | 70 | 1523 | | 200 | 70 |
| 1529 | | 300 | 70 | 1527 | | 300 | 70 |
| 1536 | | 400 | 70 | 1531 | | 400 | 70 |
| 1543 | | 500 | 70 | 1539 | | 500 | 70 |
| 1550 | | 600 | 70 | 0 | | 600 | 70 |
| 1525 | 3 | 100 | 70 | 1525 | 3 | 100 | 70 |
| 1527 | | 200 | 70 | 1531 | | 200 | 70 |
| 1534 | | 300 | 70 | 1535 | | 300 | 70 |
| 1537 | | 400 | 70 | 1540 | | 400 | 70 |
| 1540 | | 500 | 70 | 1544 | | 500 | 70 |
| 1542 | | 600 | 70 | 1550 | | 600 | 70 |
| 1523 | 4 | 100 | 70 | 1516 | 4 | 100 | 70 |
| 1526 | | 200 | 70 | 1519 | | 200 | 70 |
| 1538 | | 300 | 70 | 1521 | | 300 | 70 |
| 1543 | | 400 | 70 | 1522 | | 400 | 69 |
| 1550 | | 500 | 70 | 1523 | | 500 | 69 |
| 1559 | | 600 | 70 | 1526 | | 600 | 69 |
| 1538 | 5 | 100 | 70 | 1518 | 5 | 100 | 70 |
| 1543 | | 200 | 70 | 1521 | | 200 | 70 |
| 1545 | | 300 | 70 | 1523 | | 300 | 70 |
| 1517 | | 400 | 70 | 1533 | | 400 | 70 |
| 1527 | | 500 | 70 | 1530 | | 500 | 70 |
| 1538 | | 600 | 70 | 1526 | | 600 | 70 |
| 1528 | 6 | 100 | 70 | 1525 | 6 | 100 | 70 |
| 1533 | | 200 | 70 | 1529 | | 200 | 72 |
| 1538 | | 300 | 70 | 1534 | | 300 | 74 |
| 1542 | | 400 | 70 | 1538 | | 400 | 71 |
| 1549 | | 500 | 70 | 1541 | | 500 | 73 |
| 1554 | | 600 | 70 | 1544 | | 600 | 74 |
| 1545 | 7 | 100 | 70 | 1532 | 7 | 100 | 70 |
| 1548 | | 200 | 70 | 1536 | | 200 | 70 |
| 1552 | | 300 | 70 | 1538 | | 300 | 70 |
| 1541 | | 400 | 70 | 1545 | | 400 | 70 |
| 1534 | | 500 | 70 | 1541 | | 500 | 70 |
| 1529 | | 600 | 70 | 1549 | | 600 | 70 |