# Exhibit "B"



# RELEASE REPORT

Fulton County Jail

901 Rice Street, Atlanta GA. 30318

(404) 613-2000

| SO NUMBER | DATE BOOKED | ARRESTING AGENCY | PAGE |
|---|---|---|---|
| P00934658 | 07/15/2014 | ATLANTA POLICE | 1 |
| DATE AND TIME RELEASED | RELEASING OFFICER | | OF |
| 07/26/2014  3:25 AM | DAVENPORT, TERRE | | 1 |

## IDENTIFICATION

| NAME | PID | SID | JAIL ID / BOOKING NUMBER |
|---|---|---|---|
| THOMAS , RICHARD DAVID | 5399; 717736; | 3109536M | 1416511 |

| ALIAS NAME(S) | FBI |
|---|---|
| THOMAS, RICHARD D | 289473V6 |

FRONT IMAGE

| RACE | SEX | ETHNICITY | DATE OF BIRTH | AGE | DL / ID NO. |
|---|---|---|---|---|---|
| W | M | NON HISPANIC | 1960 | 54 | GA-UNKNOWN |

| HEIGHT | WEIGHT | HAIR | EYES | BUILD | COMPLEXION | SOCIAL SECURITY NO. |
|---|---|---|---|---|---|---|
| 6 FT. 0 IN. | 190 | GRY | BLU | | | |

| SCARS, MARKS, TATTOOS, AMPUTATIONS | CURRENT CELL |
|---|---|
| | 3S302 |

| ADDRESS | PHONE | PLACE OF BIRTH |
|---|---|---|
| 2186A DRESDEN DRIVE CHAMBLEE GA  30341 | 770-206-0806 | YONKERS    , NY UNITED STATES |

## CHARGES

| WARRANT / REF. NUMBER | CHARGE / OFFENSE | ISSUING AUTHORITY / COURT | DISPOSITION |
|---|---|---|---|
| | Defective Tires | | Time Served |
| | Driving While License Suspended Or Revoked | | Probation |
| | Defective Or No Taillights | | Time Served |

◄ END OF LIST ►

## PROPERTY

| INMATE TRUST ACCOUNT | ENDING BALANCE $.00 | AMOUNT TO BE RELEASED $.00 | DISBURSEMENT COMMENTS |
|---|---|---|---|

| QTY | ITEM DESCRIPTION | LOCATION | BOX | RELEASED DATE | TIME | RELEASED TO |
|---|---|---|---|---|---|---|
| 1 | shirt gry | Released | B067 | 07/26/2014 | 3:00 AM | SGT. HOUSTON #1328 |
| 1 | short gry blk | Released | B067 | 07/26/2014 | 3:00 AM | SGT. HOUSTON #1328 |
| 1 | shoes white blk | Released | B067 | 07/26/2014 | 3:00 AM | SGT. HOUSTON #1328 |
| 1 | watch blk | Released | B067 | 07/26/2014 | 3:00 AM | SGT. HOUSTON #1328 |
| 1 | white necklace | Released | B067 | 07/26/2014 | 3:00 AM | SGT. HOUSTON #1328 |

◄ END OF LIST ►

## SIGNATURE

I certify that this is a correct accounting of items returned as of the time I was released from jail.

☒

Prisoner's Signature

Release Comments: released frm Grady

☒

Detention Officer's Signature

I CERTIFY THAT THIS IS A TRUE AND ACCURATE COPY OF THE ORIGINAL DOCUMENT.

FULTON COUNTY SHERIFF'S OFFICE

DATE  06/24/2015

Release Officer: DAVENPORT, TERRE