# Exhibit "C"

Case 1:16-cv-03033-LMM   Document 54-4   Filed 12/11/17   Page 2 of 3



# Fulton County Sheriff's Office
Fulton County, Georgia
Justice Center Tower, 9th Floor
185 Central Avenue, S.W.
Atlanta, Georgia 30303

**THEODORE JACKSON**
Sheriff

Telephone (404) 612-5100
Fax (404) 224-8821

July 10, 2015

Villani Law Firm
821 Dawsonville Highway
Suite 250-333
Gainesville, GA 30501-2634

*Paid in full check # 6482* 8/2

Dear Mr. Villani:

**RE: Open Records Request**: Seeking any and all certified copies of documents, videos, etc. relating to **Richard David Thomas** on or about July 25, 2014, up to and including Mr. Thomas' false imprisonment (10 days).

Provision of the documents currently being submitted is accompanied by a fee of .10 cents per page (378 pgs), plus a flat certification fee of $9.70. Please remit payment in the amount of **$47.50** to the **Fulton County Sheriff's Office**, and addressed to Open Records. Mailing address is **185 Central Avenue, 9th Floor, Atlanta, GA 30303.**

Payment can also be made in person at the **Accounting Division, Rm TG500; ground floor of the Justice Center Tower (Btwn. 8:30AM – 3:45PM)**. Payment in the form of **U.S. Postal** Money Orders, Cashier's Checks, Certified Checks, and Law Firms checks are acceptable. Cash is acceptable only if paying in person. When documents are ready, they can also be retrieved at the FCSO on the 9th Floor; Monday – Friday, between the hours of 8:30AM – 4:45PM with your receipt from the accounting division.

Sophia Andrade

Office of the Sheriff
Open Records



## Fulton County Sheriff's Office

185 Central Ave., S.W.
Atlanta, Georgia 30303
(404) 612-5100

**Records Released**

AUG 1 8 2015

Fulton County Sheriff's Office

Payor
VILLANI LAW FIRM

Receipt No.
**2015-06017**

Transaction Date
08/18/2015

| Description | Amount Paid |
|---|---|
| Miscellaneous Payment | |
|     Open Records | 47.50 |
|     SUBTOTAL | 47.50 |
| **PAYMENT TOTAL** | **47.50** |
| Checks (Ref #6482) Tendered | 47.50 |
| Total Tendered | 47.50 |
| Change | 0.00 |

OPEN RECORDS REQUEST(RICHARD DAVID THOMAS)

08/18/2015         Cashier                  Audit
11:48 AM           Station barnes           7434904

## OFFICIAL RECEIPT

---

**RALPH J VILLANI, ESQ.**
**ATTORNEY AT LAW**
821 DAWSONVILLE HWY, SUITE 250-333
GAINESVILLE, GA 30501-2634
PH 770-985-6773

6482
64-22/610 8105
1000021992565

Date 08/12/2015

Pay to the Order of FULTON COUNTY SHERIFF, OPEN RECORDS    $ 47.50

Forty seven 50/100 Dollars

WELLS FARGO
Wells Fargo Bank, N.A.
Georgia
wellsfargo.com

For ORR - Richard David Thomas    paid-in-full    Ralph Villani

⑆061000227⑆ 1000021992565⑈ 0648 2