# Exhibit "D"



# Fulton County Sheriff's Office

Fulton County, Georgia
Justice Center Tower, 9th Floor
185 Central Avenue, S.W.
Atlanta, Georgia 30303

**Records Released**

AUG 1 8 2015

Fulton County Sheriff's Office

**THEODORE JACKSON**
Sheriff

Telephone (404) 612-5100
Fax (404) 224-8821

Mr. Villani:

*Re:.. B. GEORGIA OPEN RECORDS REQUEST ("ORR") – Richard David Thomas -(inmate) and an incident where Mr. Thomas crushed his finger in a door.*
*Further, Mr. Thomas hereby request "Bate-Stamped' certified, clear, legible and accurate copies of any and all records, as described herein and/or any electronically stored records of the Detention Center, Board of Commissioners, County Manager and/or Risk Manager relevant to this matter. Please also include copies of the Jail's duty roster for those 10 days, employment/IA records of subject Jail personnel and like records for Jail medical personnel and/or the Jail's third-party medical service provider(s) and all relevant Fulton County Sheriffs manual sections relating to Jail policies and procedures covering these incidents and time frame and Mr. Thomas' claims and allegations as herein-enumerated.*

Spoke with Mr. Villani on July 1, 2015, @ 2:19 PM. In addition to the original request above, Mr. Villani is also seeking:

1. **Investigative files**
   Answer: There are no investigative files.

2. **Work order to fix the door** *(Judges' order to have broken doors fixed – (understand this was a federal decree).*
   Answer: No work order exists.

3. **Video of the area where the incident occurred**
   Answer: No video footage exists. Video footage is re-recorded over after 30 days.

4. **Every employee that is involved in the investigation (surrounding the incident) – disciplinary files**
   Answer: There are no investigative files.

5. **Any incident policy that covers an inmate in the case of an accident where there is negligence on the FCSO fault. (Declaration page will do)**
   Answer: No policy exists that is worded as such; however, please see the policy that ref. to security and control/medical treatment for persons injured/accident.