# Exhibit "E"

 **Gmail**

RJV212 ACE <ralphjvillani@gmail.com>

## Motion for Extension Thomas v. Jackson et al
3 messages

---

**Rebecca_Bachelor@gand.uscourts.gov** <Rebecca_Bachelor@gand.uscourts.gov>      Tue, Aug 1, 2017 at 12:55 PM
To: Ashley.Palmer@fultoncountyga.gov, John.Duffoo@fultoncountyga.gov, kaye.burwell@fultoncountyga.gov,
patrise.hooker@fultoncountyga.gov, STEVEN.ROSENBERG@co.fulton.ga.us
Cc: ralphjvillani@gmail.com

Counsel,

Do you have any objection to the Court granting Plaintiff's latest Motion for an Additional Sixty Day to Serve John/Jane
Doe Defendants? If so, please file a response by Friday, August 4, 2017.

Additionally, Plaintiff's counsel is referred to pages 8-9 of Judge May's Standing Order [2] regarding indicating within the
motion whether opposing counsel consents to the extension.

Thanks,

Rebecca Bachelor
Courtroom Deputy Clerk to the
Honorable Leigh Martin May
2167 United States Courthouse
75 Ted Turner Dr, SW
Atlanta, GA 30303-3309
Phone: 404-215-1514
Rebecca_Bachelor@gand.uscourts.gov

---

**Palmer, Ashley** <Ashley.Palmer@fultoncountyga.gov>      Wed, Aug 2, 2017 at 9:37 AM
To: "Rebecca_Bachelor@gand.uscourts.gov" <Rebecca_Bachelor@gand.uscourts.gov>, "ralphjvillani@gmail.com"
<ralphjvillani@gmail.com>
Cc: "Burwell, Kaye" <Kaye.Burwell@fultoncountyga.gov>, "Perkins-Hooker, Patrise" <Patrise.Perkins-
Hooker@fultoncountyga.gov>, "Rosenberg, Steven" <Steven.Rosenberg@fultoncountyga.gov>

Good morning, Ms. Bachelor:

Defendants do not object to Plaintiff's request for additional time.

However, since Plaintiff asserted in his motion that the discovery requests have been drafted and were actually
mailed, but simply failed to reach us because he inadvertently mailed the documents without postage, we believe an
additional ten (10) days is a sufficient amount of time for him to serve us with the discovery requests.

Defendants would ask for a minimum of twenty (20) days to respond to the requests.

Please advise if Defendants need to file a formal response or if this email is sufficient for the Court.

Thanks!

**Ashley Palmer**

Senior Attorney

Office of the Fulton County Attorney

141 Pryor Street, SW

Suite 4038

Atlanta, GA 30303

(404) 612-0244 (Direct)

(404) 612-0246 (Main)

(404) 730-6324 (Fax)

———————————————————

***CONFIDENTIALITY NOTICE:***

*This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, your are hereby notified that any reading, dissemination, distribution, copying or other use of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone (404-612-0244) or by email (ashley.palmer@fultoncountyga.gov) and delete this message, all copies and backups thereof. Thank you.*

**From:** Rebecca_Bachelor@gand.uscourts.gov [mailto:Rebecca_Bachelor@gand.uscourts.gov]
**Sent:** Tuesday, August 01, 2017 12:56 PM
**To:** Palmer, Ashley; Duffoo, John; Burwell, Kaye; Perkins-Hooker, Patrise; Rosenberg, Steven
**Cc:** ralphjvillani@gmail.com
**Subject:** Motion for Extension Thomas v. Jackson et al

[Quoted text hidden]

---

**Ralph J Villani** <ralphjvillani@gmail.com>                                     Thu, Aug 3, 2017 at 7:39 AM
To: Rebecca_Bachelor@gand.uscourts.gov
Cc: "Palmer, Ashley" <Ashley.Palmer@fultoncountyga.gov>, John.Duffoo@fultoncountyga.gov, kaye.burwell@fultoncountyga.gov, patrise.hooker@fultoncountyga.gov, STEVEN.ROSENBERG@co.fulton.ga.us, My email <ralphjvillani@gmail.com>

Counsel

Here are the discovery request (I thought it would be quicker to send them directly to you by email) I just filed.

The Sheriff's and the County's responses to the Interrogatories (#1 and #2) relating to the names and current residents/addresses of the personnel can be emailed to me to save time so that they may be served by the deadline imposed by the Court

High Regards

*For those who have fallen after giving their all and for those who continue the fight in the trenches every day*, I say:

We GACDL lawyers, **Liberty's Last Champions since 1974**, are the attorneys who even things up for all of those who ... must bear the whips and scorns of time, the oppressor's wrong ... the law's delay ... we fight fire with fire, meet guile with guile, and right the legal wrongs ... we are Liberty's Champions ... we are the WARRIORS of the courtroom and the halls of justice; we are the PIRATES in every prosecutor's nightmares; we, and we alone, ring America's Liberty Bell every day we fight in the trenches for our clients and we proudly wear those battle scars for all to see !!

Ralph J. Villani
Proud GACDL Pirate and Warrior


Ralph J. Villani, Esquire
*VILLANI LAW FIRM*
821 Dawsonville Hwy.
Suite 250-333
Gainesville, Georgia 30501-2634

(TEL)    (770) 985-6773

(FAX)    (770) 979-5190

(CELL) (404) 353-6827

(Email) ralphjvillani@gmail.com

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. If you are not an intended recipient, please notify the sender immediately and delete all copies of this e-mail or shred same if you have already printed same.
[Quoted text hidden]

**Thomas - discovery requests - 08-03-2017.pdf**
79K

08/22/17

 **Gmail**

RJV212 ACE <ralphjvillani@gmail.com>

## Thomas v. Jackson - Requested Addresses

2 messages

---

**Palmer, Ashley** <Ashley.Palmer@fultoncountyga.gov>             Tue, Aug 22, 2017 at 1:34 PM
To: "ralphjvillani@gmail.com" <ralphjvillani@gmail.com>

Mr. Villani,

Per our earlier conversation, please find below the names and last known addresses for all but one of the Fulton County Personnel as requested in the two interrogatories served via email on August 3, 2017. My apologies again for just providing you with this information.

Detention Officer Talaya Mociers, 585 Simonton Crest Drive, Lawrenceville, GA 30045

George Herron, Director of Health Services (ret.), 332 Carriage Lake Lane, Stockbridge, GA 30281

Deputy D. Phillips, Transport Officer, 1503 Shannon Chase Drive, Union City, GA 30291

Col. Mark Adger, Chief Jailer and Herron's former supervisor, 6180 Kimberly Mill Road, College Park, GA 30349 (Col. Adger can also be served at the Fulton County Jail, although he is currently on leave through September 22, 2017)

The only person I am missing is Talaya Mociers' supervisor. To date, my office has been unable to determine who that person was at the time of the incident.

Thanks!

**Ashley Palmer**

Senior Attorney

Office of the Fulton County Attorney

141 Pryor Street, SW

Suite 4038

Atlanta, GA 30303

(404) 612-0244 (Direct)

(404) 612-0246 (Main)

(404) 730-6324 (Fax)

---

***CONFIDENTIALITY NOTICE:***

*This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, your are hereby notified that any reading, dissemination, distribution, copying or other use of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone (404-612-0244) or by email (ashley.palmer@fultoncountyga.gov) and delete this message, all copies and backups thereof. Thank you.*

**Palmer, Ashley** <Ashley.Palmer@fultoncountyga.gov>                     Wed, Aug 23, 2017 at 5:47 AM
To: "ralphjvillani@gmail.com" <ralphjvillani@gmail.com>

Mr. Villani,

My paralegal was actually able to determine who Ms. Mociers' supervisors were at the time of the incident, and she emailed the information to me several weeks ago, and I didn't realize it until yesterday. My apologies!

Please find their information below:

Vickie White, Mociers' Supervisor, 4576 Mitchell Meadow Lane, Ellenwood, GA 30294

Aldranon English, Mociers' Supervisor, 1827 Arkose Drive, Atlanta, GA 30316

One note: I don't know at this juncture which one of the two were supervising Ms. Mociers on the day of the incident.

Thanks!

**Ashley Palmer**

Senior Attorney

Office of the Fulton County Attorney

141 Pryor Street, SW

Suite 4038

Atlanta, GA 30303

(404) 612-0244 (Direct)

(404) 612-0246 (Main)

(404) 730-6324 (Fax)

*CONFIDENTIALITY NOTICE:*

*This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, your are hereby notified that any reading, dissemination, distribution, copying or other use of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone (404-612-0244) or by email (ashley.palmer@fultoncountyga.gov) and delete this message, all copies and backups thereof. Thank you.*

**From:** Palmer, Ashley
**Sent:** Tuesday, August 22, 2017 1:34 PM
**To:** ralphjvillani@gmail.com
**Subject:** Thomas v. Jackson - Requested Addresses

[Quoted text hidden]


 **Gmail**                                                    RJV212 ACE <ralphjvillani@gmail.com>

## Thomas v. Jackson, et al., 1:16-CV-03033-LMM

2 messages

**Palmer, Ashley** <Ashley.Palmer@fultoncountyga.gov>                    Wed, Aug 23, 2017 at 6:03 AM
To: "Rebecca_Bachelor@gand.uscourts.gov" <Rebecca_Bachelor@gand.uscourts.gov>, "ralphjvillani@gmail.com"
<ralphjvillani@gmail.com>
Cc: "Burwell, Kaye" <Kaye.Burwell@fultoncountyga.gov>, "Perkins-Hooker, Patrise" <Patrise.Perkins-
Hooker@fultoncountyga.gov>

Good morning, Ms. Bachelor:

Pursuant to the interrogatories propounded upon Defendants via email on August 3, 2017, Defendants provided Mr.
Villani on yesterday and earlier this morning with the names and addresses of all the Fulton County Personnel that we
believe may have been involved in and/or have knowledge of the incident at issue in this lawsuit.

However, the Court only gave Mr. Villani until August 16, 2017 to serve the John/Jane Doe Defendants, and since
these names and addresses were just provided to him, he was unable to meet the Court's deadline. Defendants
apologize for that and take full responsibility for his inability to do so.

I spoke with Mr. Villani on yesterday, and I have agreed to an extension until Friday, September 1, 2017 for him to
serve the John/Jane Doe Defendants, if the Court is so willing.

Please advise whether the Court requires that a formal consent motion be filed seeking this extension.

Thanks so much!

**Ashley Palmer**

Senior Attorney

Office of the Fulton County Attorney

141 Pryor Street, SW

Suite 4038

Atlanta, GA 30303

(404) 612-0244 (Direct)

(404) 612-0246 (Main)

(404) 730-6324 (Fax)

**CONFIDENTIALITY NOTICE:**


*This communication constitutes an electronic communication within the meaning of the Electronic Communications
Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this
message. This e-mail message and all attachments transmitted with it may contain legally privileged and confidential
information intended solely for the use of the addressee. If the reader of this message is not the intended recipient,
your are hereby notified that any reading, dissemination, distribution, copying or other use of this communication is
strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone
(404-612-0244) or by email (ashley.palmer@fultoncountyga.gov) and delete this message, all copies and backups
thereof. Thank you.*


---

**Ralph J Villani** <ralphjvillani@gmail.com>                                    Wed, Aug 23, 2017 at 7:15 AM
To: "Palmer, Ashley" <Ashley.Palmer@fultoncountyga.gov>
Cc: "Perkins-Hooker, Patrise" <Patrise.Perkins-Hooker@fultoncountyga.gov>, Rebecca_Bachelor@gand.uscourts.gov,
"Burwell, Kaye" <Kaye.Burwell@fultoncountyga.gov>, My email <ralphjvillani@gmail.com>

Ms Bachelor

Unfortunately, one of the persons we were provide is on leave from now through much of September

Can I suggest that Fefendants inquire which of these John/Jane Does will acknowledge service through counsel

High regards

Ralph
[Quoted text hidden]

 **Gmail**

RJV212 ACE <ralphjvillani@gmail.com>

---

## Discovery
14 messages

---

**Palmer, Ashley** <Ashley.Palmer@fultoncountyga.gov>        Thu, Aug 31, 2017 at 5:52 PM
To: "ralphjvillani@gmail.com" <ralphjvillani@gmail.com>

Mr. Villani,

In light of recent developments, please advise whether Mr. Thomas still desires our office to serve you with our responses to his discovery requests.

The deadline is tomorrow.

Thanks!

**Ashley Palmer**

Senior Attorney

Office of the Fulton County Attorney

141 Pryor Street, SW

Suite 4038

Atlanta, GA 30303

(404) 612-0244 (Direct)

(404) 612-0246 (Main)

(404) 730-6324 (Fax)

---

**CONFIDENTIALITY NOTICE:**

*This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, your are hereby notified that any reading, dissemination, distribution, copying or other use of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone (404-612-0244) or by email (ashley.palmer@fultoncountyga.gov) and delete this message, all copies and backups thereof. Thank you.*

To: "Palmer, Ashley" <Ashley.Palmer@fultoncountyga.gov>
Cc: My email <ralphjvillani@gmail.com>

Ashley

Yes

Notice of Termination of the undersigned was withdrawn by Plaintiff today

Regards

Ralph

*For those who have fallen after giving their all and for those who continue the fight in the trenches every day*, I say:

We GACDL lawyers, **Liberty's Last Champions since 1974**, are the attorneys who even things up for all of those who ... must bear the whips and scorns of time, the oppressor's wrong ... the law's delay ... we fight fire with fire, meet guile with guile, and right the legal wrongs ... we are Liberty's Champions ... we are the WARRIORS of the courtroom and the halls of justice; we are the PIRATES in every prosecutor's nightmares; we, and we alone, ring America's Liberty Bell every day we fight in the trenches for our clients and we proudly wear those battle scars for all to see !!

Ralph J. Villani
Proud GACDL Pirate and Warrior


Ralph J. Villani, Esquire
*VILLANI LAW FIRM*
821 Dawsonville Hwy.
Suite 250-333
Gainesville, Georgia 30501-2634

(TEL)    (770) 985-6773

(FAX)    (770) 979-5190

(CELL)  (404) 353-6827

(Email)  ralphjvillani@gmail.com

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. If you are not an intended recipient, please notify the sender immediately and delete all copies of this e-mail or shred same if you have already printed same.
[Quoted text hidden]

---

**Palmer, Ashley** <Ashley.Palmer@fultoncountyga.gov>                        Thu, Aug 31, 2017 at 6:00 PM
To: Ralph J Villani <ralphjvillani@gmail.com>

Thanks for the quick reply.


I will mail our responses tomorrow.


**Ashley Palmer**

Senior Attorney

Office of the Fulton County Attorney

141 Pryor Street, SW

Suite 4038

Atlanta, GA 30303

(404) 612-0244 (Direct)

(404) 612-0246 (Main)

(404) 730-6324 (Fax)

_____

**CONFIDENTIALITY NOTICE:**

*This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, your are hereby notified that any reading, dissemination, distribution, copying or other use of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone (404-612-0244) or by email (ashley.palmer@fultoncountyga.gov) and delete this message, all copies and backups thereof. Thank you.*

**From:** Ralph J Villani [mailto:ralphjvillani@gmail.com]
**Sent:** Thursday, August 31, 2017 5:59 PM
**To:** Palmer, Ashley
**Cc:** My email
**Subject:** Re: Discovery

[Quoted text hidden]

---

**Ralph J Villani** <ralphjvillani@gmail.com>                Thu, Aug 31, 2017 at 6:08 PM
To: "Palmer, Ashley" <Ashley.Palmer@fultoncountyga.gov>
Cc: My email <ralphjvillani@gmail.com>

Great

If you need more time, let me know

P.S. I sent Rule 4 Notices to the six names you provided (see DOC 46) - will you be representing them all, also?

Regards

Ralph

*For those who have fallen after giving their all and for those who continue the fight in the trenches every day*, I say:

We GACDL lawyers, **Liberty's Last Champions since 1974,** are the attorneys who even things up for all of those who ... must bear the whips and scorns of time, the oppressor's wrong ... the law's delay ... we fight fire with fire, meet guile with guile, and right the legal wrongs ... we are Liberty's Champions ... we are the WARRIORS of the courtroom and the halls of justice; we are the PIRATES in every prosecutor's nightmares; we, and we alone, ring America's Liberty Bell every day we fight in the trenches for our clients and we proudly wear those battle scars for all to see !!

Ralph J. Villani
Proud GACDL Pirate and Warrior

Ralph J. Villani, Esquire
*VILLANI LAW FIRM*
821 Dawsonville Hwy.
Suite 250-333
Gainesville, Georgia 30501-2634

(TEL)    (770) 985-6773

(FAX)    (770) 979-5190

(CELL)  (404) 353-6827

(Email)  ralphjvillani@gmail.com

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521.  If you are not an
intended recipient, please notify the sender immediately and delete all copies of this e-mail or shred same if you have
already printed same.

[Quoted text hidden]

---

**Palmer, Ashley** <Ashley.Palmer@fultoncountyga.gov>                              Fri, Sep 1, 2017 at 9:52 AM
To: Ralph J Villani <ralphjvillani@gmail.com>

I can't speak to representation as of yet.  Once the individuals are formally served, they will more than likely request
representation, and then the BOC will consider those requests and either approve or deny them.

I will consult with my paralegal about whether more time is needed.

Thanks!

**Ashley Palmer**

Senior Attorney

Office of the Fulton County Attorney

141 Pryor Street, SW

Suite 4038

Atlanta, GA 30303

(404) 612-0244 (Direct)

(404) 612-0246 (Main)

(404) 730-6324 (Fax)

---

*CONFIDENTIALITY NOTICE:*

This communi*Cation 2:1G*/tituteS35e3fdlt/nfic c*annumicemar Dwithin Friene aihlg*f Filthe Electronic Co2mmunications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, your are hereby notified that any reading, dissemination, distribution, copying or other use of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone (404-612-0244) or by email (ashley.palmer@fultoncountyga.gov) and delete this message, all copies and backups thereof. Thank you.

**From:** Ralph J Villani [mailto:ralphjvillani@gmail.com]
**Sent:** Thursday, August 31, 2017 6:08 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Palmer, Ashley** <Ashley.Palmer@fultoncountyga.gov>                     Fri, Sep 1, 2017 at 12:07 PM
To: Ralph J Villani <ralphjvillani@gmail.com>

Mr. Villani,

Can I have until next Tuesday, Sept. 5, 2017 to get you the requested documents?

Thanks!

**Ashley Palmer**

Senior Attorney

Office of the Fulton County Attorney

141 Pryor Street, SW

Suite 4038

Atlanta, GA 30303

(404) 612-0244 (Direct)

(404) 612-0246 (Main)

(404) 730-6324 (Fax)

---

**CONFIDENTIALITY NOTICE:**

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient,

*your are here by notified that any reading, dissemination, distribution, copying or other use of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone (404-612-0244) or by email (ashley.palmer@fultoncountyga.gov) and delete this message, all copies and backups thereof.  Thank you.*

**From:** Ralph J Villani [mailto:ralphjvillani@gmail.com]
**Sent:** Thursday, August 31, 2017 6:08 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Ralph J Villani** <ralphjvillani@gmail.com>                                    Fri, Sep 1, 2017 at 12:43 PM
To: "Palmer, Ashley" <Ashley.Palmer@fultoncountyga.gov>
Cc: My email <ralphjvillani@gmail.com>

Ashley

Yes, if you need any more time, just let me know.

Have a safe Labor Day weekend

Ralph

*For those who have fallen after giving their all and for those who continue the fight in the trenches every day*, I say:

We GACDL lawyers, **Liberty's Last Champions since 1974,** are the attorneys who even things up for all of those who ... must bear the whips and scorns of time, the oppressor's wrong ... the law's delay ... we fight fire with fire, meet guile with guile, and right the legal wrongs ... we are Liberty's Champions ... we are the WARRIORS of the courtroom and the halls of justice; we are the PIRATES in every prosecutor's nightmares; we, and we alone, ring America's Liberty Bell every day we fight in the trenches for our clients and we proudly wear those battle scars for all to see !!

Ralph J. Villani
Proud GACDL Pirate and Warrior


Ralph J. Villani, Esquire
*VILLANI LAW FIRM*
821 Dawsonville Hwy.
Suite 250-333
Gainesville, Georgia 30501-2634

(TEL)    (770) 985-6773

(FAX)    (770) 979-5190

(CELL)  (404) 353-6827

(Email)  ralphjvillani@gmail.com

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521.  If you are not an intended recipient, please notify the sender immediately and delete all copies of this e-mail or shred same if you have already printed same.

[Quoted text hidden]

---

**Palmer, Ashley** <Ashley.Palmer@fultoncountyga.gov>                            Fri, Sep 1, 2017 at 12:46 PM
To: Ralph J Villani <ralphjvillani@gmail.com>

I appreciate this very much, and I'll keep you posted, but I'm pretty confident that I should be able to get everything out the door to you next Tuesday.

Thanks again and enjoy your holiday weekend!

**Ashley Palmer**

Senior Attorney

Office of the Fulton County Attorney

141 Pryor Street, SW

Suite 4038

Atlanta, GA 30303

(404) 612-0244 (Direct)

(404) 612-0246 (Main)

(404) 730-6324 (Fax)

---

*CONFIDENTIALITY NOTICE:*

*This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, your are hereby notified that any reading, dissemination, distribution, copying or other use of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone (404-612-0244) or by email (ashley.palmer@fultoncountyga.gov) and delete this message, all copies and backups thereof. Thank you.*

**From:** Ralph J Villani [mailto:ralphjvillani@gmail.com]
**Sent:** Friday, September 01, 2017 12:44 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Palmer, Ashley** <Ashley.Palmer@fultoncountyga.gov>                    Tue, Sep 5, 2017 at 1:59 PM
To: Ralph J Villani <ralphjvillani@gmail.com>

I hope you had a good holiday weekend, Ralph.

Since you extended me some additional time, I'm emailing to advise that I'm going to take you up on your generous offer. ☺

One more day, and I promise you, I'll get the responsive documents out to you tomorrow.


Thanks!


**Ashley Palmer**

Senior Attorney

Office of the Fulton County Attorney

141 Pryor Street, SW

Suite 4038

Atlanta, GA 30303

(404) 612-0244 (Direct)

(404) 612-0246 (Main)

(404) 730-6324 (Fax)

_____


*CONFIDENTIALITY NOTICE:*


*This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee.  If the reader of this message is not the intended recipient, your are hereby notified that any reading, dissemination, distribution, copying or other use of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone (404-612-0244) or by email (ashley.palmer@fultoncountyga.gov) and delete this message, all copies and backups thereof.  Thank you.*


**From:** Ralph J Villani [mailto:ralphjvillani@gmail.com]
**Sent:** Friday, September 01, 2017 12:44 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Ralph J Villani** <ralphjvillani@gmail.com>                                    Tue, Sep 5, 2017 at 2:29 PM
To: "Palmer, Ashley" <Ashley.Palmer@fultoncountyga.gov>
Cc: My email <ralphjvillani@gmail.com>

Ashley

No problem

Take extra time if needed; close of business Thursday is also fine

*For those who have fallen after giving their all and for those who continue the fight in the trenches every day*, I say:

We GACDL lawyers, **Liberty's Last Champions since 1974,** are the attorneys who even things up for all of those who ... must bear the whips and scorns of time, the oppressor's wrong ... the law's delay ... we fight fire with fire, meet guile with guile, and right the legal wrongs ... we are Liberty's Champions ... we are the WARRIORS of the courtroom and the halls of justice; we are the PIRATES in every prosecutor's nightmares; we, and we alone, ring America's Liberty Bell every day we fight in the trenches for our clients and we proudly wear those battle scars for all to see !!

Ralph J. Villani
Proud GACDL Pirate and Warrior


Ralph J. Villani, Esquire
*VILLANI LAW FIRM*
821 Dawsonville Hwy.
Suite 250-333
Gainesville, Georgia 30501-2634

(TEL)    (770) 985-6773

(FAX)    (770) 979-5190

(CELL)   (404) 353-6827

(Email)   ralphjvillani@gmail.com

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. If you are not an intended recipient, please notify the sender immediately and delete all copies of this e-mail or shred same if you have already printed same.

[Quoted text hidden]

---

**Palmer, Ashley** <Ashley.Palmer@fultoncountyga.gov>                  Tue, Sep 5, 2017 at 3:02 PM
To: Ralph J Villani <ralphjvillani@gmail.com>

Thanks Ralph. I appreciate you. I've got a sick baby, hence the need for the extension.

Let's say Thursday, just so I don't have to come back to you tomorrow.

Thanks again!
Ashley

Sent from my iPhone
[Quoted text hidden]

---

**Ralph J Villani** <ralphjvillani@gmail.com>                          Tue, Sep 5, 2017 at 3:37 PM
To: "Palmer, Ashley" <Ashley.Palmer@fultoncountyga.gov>
Cc: My email <ralphjvillani@gmail.com>

Ashley

How about next Monday - take care of your baby

Ralph

*For those who have fallen after giving their all and for those who continue the fight in the trenches every day*, I say:

We GACDL lawyers, **Liberty's Last Champions since 1974,** are the attorneys who even things up for all of those who ... must bear the whips and scorns of time, the oppressor's wrong ... the law's delay ... we fight fire with fire, meet guile with guile, and right the legal wrongs ... we are Liberty's Champions ... we are the WARRIORS of the courtroom and the

halls of justice; we are the PIRATES in every prosecutor's nightmares; we, and we alone, ring America's Liberty Bell every day we fight in the trenches for our clients and we proudly wear those battle scars for all to see !!

Ralph J. Villani
Proud GACDL Pirate and Warrior

Ralph J. Villani, Esquire
*VILLANI LAW FIRM*
821 Dawsonville Hwy.
Suite 250-333
Gainesville, Georgia 30501-2634

(TEL)   (770) 985-6773

(FAX)   (770) 979-5190

(CELL)  (404) 353-6827

(Email) ralphjvillani@gmail.com

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521.  If you are not an intended recipient, please notify the sender immediately and delete all copies of this e-mail or shred same if you have already printed same.

[Quoted text hidden]

---

**Palmer, Ashley** <Ashley.Palmer@fultoncountyga.gov>                        Tue, Sep 5, 2017 at 3:46 PM
To: Ralph J Villani <ralphjvillani@gmail.com>

You're so kind, Ralph.

I'm still aiming for Thursday but thanks for the breathing room.

Ashley

Sent from my iPhone
[Quoted text hidden]

---

**Ralph J Villani** <ralphjvillani@gmail.com>                               Tue, Sep 5, 2017 at 3:49 PM
To: "Palmer, Ashley" <Ashley.Palmer@fultoncountyga.gov>

mothers need a lot of "breathing room" especially when das try to "help"

*For those who have fallen after giving their all and for those who continue the fight in the trenches every day*, I say:

We GACDL lawyers, **Liberty's Last Champions since 1974**,  are the attorneys who even things up for all of those who ... must bear the whips and scorns of time, the oppressor's wrong ... the law's delay ... we fight fire with fire, meet guile with guile, and right the legal wrongs ... we are Liberty's Champions ... we are the WARRIORS of the courtroom and the halls of justice; we are the PIRATES in every prosecutor's nightmares; we, and we alone, ring America's Liberty Bell every day we fight in the trenches for our clients and we proudly wear those battle scars for all to see !!

Ralph J. Villani
Proud GACDL Pirate and Warrior

Ralph J. Villani, Esquire
*VILLANI LAW FIRM*
821 Dawsonville Hwy.
Suite 250-333
Gainesville, Georgia 30501-2634

(TEL)   (770) 985-6773

(FAX)   (770) 979-5190

(CELL)  (404) 353-6827

(Email)  ralphjvillani@gmail.com

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521.  If you are not an
intended recipient, please notify the sender immediately and delete all copies of this e-mail or shred same if you have
already printed same.

[Quoted text hidden]

M Gmail

RJV212 ACE <ralphjvillani@gmail.com>

## Discovery

**Ralph J Villani** <ralphjvillani@gmail.com>        Thu, Aug 31, 2017 at 6:08 PM
To: "Palmer, Ashley" <Ashley.Palmer@fultoncountyga.gov>
Cc: My email <ralphjvillani@gmail.com>

Great

If you need more time, let me know

P.S. I sent Rule 4 Notices to the six names you provided (see DOC 46) - will you be representing them all, also?

Regards

Ralph

*For those who have fallen after giving their all and for those who continue the fight in the trenches every day*, I say:

We GACDL lawyers, **Liberty's Last Champions since 1974,** are the attorneys who even things up for all of those who ... must bear the whips and scorns of time, the oppressor's wrong ... the law's delay ... we fight fire with fire, meet guile with guile, and right the legal wrongs ... we are Liberty's Champions ... we are the WARRIORS of the courtroom and the halls of justice; we are the PIRATES in every prosecutor's nightmares; we, and we alone, ring America's Liberty Bell every day we fight in the trenches for our clients and we proudly wear those battle scars for all to see !!

Ralph J. Villani
Proud GACDL Pirate and Warrior


Ralph J. Villani, Esquire
*VILLANI LAW FIRM*
821 Dawsonville Hwy.
Suite 250-333
Gainesville, Georgia 30501-2634

(TEL)   (770) 985-6773

(FAX)   (770) 979-5190

(CELL) (404) 353-6827

(Email) ralphjvillani@gmail.com

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. If you are not an intended recipient, please notify the sender immediately and delete all copies of this e-mail or shred same if you have already printed same.

[Quoted text hidden]

 **Gmail**           **RJV212 ACE <ralphjvillani@gmail.com>**

## Discovery

**Palmer, Ashley** <Ashley.Palmer@fultoncountyga.gov>        Fri, Sep 1, 2017 at 9:52 AM
To: Ralph J Villani <ralphjvillani@gmail.com>

I can't speak to representation as of yet. Once the individuals are formally served, they will more than likely request representation, and then the BOC will consider those requests and either approve or deny them.

I will consult with my paralegal about whether more time is needed.

Thanks!

**Ashley Palmer**

Senior Attorney

Office of the Fulton County Attorney

141 Pryor Street, SW

Suite 4038

Atlanta, GA 30303

(404) 612-0244 (Direct)

(404) 612-0246 (Main)

(404) 730-6324 (Fax)

_____

**CONFIDENTIALITY NOTICE:**

*This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, your are hereby notified that any reading, dissemination, distribution, copying or other use of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone (404-612-0244) or by email (ashley.palmer@fultoncountyga.gov) and delete this message, all copies and backups thereof. Thank you.*

**From:** Ralph J Villani [mailto:ralphjvillani@gmail.com]
**Sent:** Thursday, August 31, 2017 6:08 PM

[Quoted text hidden]

[Quoted text hidden]

 **Gmail**

RJV212 ACE <ralphjvillani@gmail.com>

## Discovery

**Ralph J Villani** <ralphjvillani@gmail.com>                                          Fri, Sep 1, 2017 at 12:43 PM
To: "Palmer, Ashley" <Ashley.Palmer@fultoncountyga.gov>
Cc: My email <ralphjvillani@gmail.com>

Ashley

Yes, if you need any more time, just let me know.

Have a safe Labor Day weekend

Ralph

*For those who have fallen after giving their all and for those who continue the fight in the trenches every day,* I say:

We GACDL lawyers, **Liberty's Last Champions since 1974,**  are the attorneys who even things up for all of those who ... must bear the whips and scorns of time, the oppressor's wrong ... the law's delay ... we fight fire with fire, meet guile with guile, and right the legal wrongs ... we are Liberty's Champions ... we are the WARRIORS of the courtroom and the halls of justice; we are the PIRATES in every prosecutor's nightmares; we, and we alone, ring America's Liberty Bell every day we fight in the trenches for our clients and we proudly wear those battle scars for all to see !!

Ralph J. Villani
Proud GACDL Pirate and Warrior


Ralph J. Villani, Esquire
*VILLANI LAW FIRM*
821 Dawsonville Hwy.
Suite 250-333
Gainesville, Georgia 30501-2634

(TEL)    (770) 985-6773

(FAX)    (770) 979-5190

(CELL)  (404) 353-6827

(Email)  ralphjvillani@gmail.com

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521.  If you are not an intended recipient, please notify the sender immediately and delete all copies of this e-mail or shred same if you have already printed same.

[Quoted text hidden]

M Gmail                                                      RJV212 ACE <ralphjvillani@gmail.com>

# Discovery

**Palmer, Ashley** <Ashley.Palmer@fultoncountyga.gov>                    Fri, Sep 1, 2017 at 12:46 PM
To: Ralph J Villani <ralphjvillani@gmail.com>

I appreciate that very much, Mr. Villani. I'll keep you posted, but I'm pretty confident that I should be able to get everything out the door to you next Tuesday.


Thanks again and enjoy your holiday weekend!


**Ashley Palmer**

Senior Attorney

Office of the Fulton County Attorney

141 Pryor Street, SW

Suite 4038

Atlanta, GA 30303

(404) 612-0244 (Direct)

(404) 612-0246 (Main)

(404) 730-6324 (Fax)

_____


***CONFIDENTIALITY NOTICE:***


*This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, your are hereby notified that any reading, dissemination, distribution, copying or other use of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone (404-612-0244) or by email (ashley.palmer@fultoncountyga.gov) and delete this message, all copies and backups thereof. Thank you.*


**From:** Ralph J Villani [mailto:ralphjvillani@gmail.com]
**Sent:** Friday, September 01, 2017 12:44 PM

[Quoted text hidden]

[Quoted text hidden]