# Exhibit "F"

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICHARD D. THOMAS,**<br>Plaintiff,<br><br>-vs-<br><br>THEODORE JACKSON, SHERIFF OF FULTON COUNTY, GA, et al,<br>Defendants. | CIVIL ACTION FILE<br><br>NO.: **1:16-cv-03033-LMM** |

### <u>COMBINED INTERROGATORIES AND NOTICES TO PRODUCE UPON THE "KNOWN" FULTON COUNTY DEFENDANTS ("DISCOVERY REQUESTS")</u>

Pursuant to the Fed.R.Civ.Pro., Plaintiff propounds the following discovery requests upon the Fulton County Defendants:

The term "incident" shall mean the date the Plaintiff's finger tip was severed at the Fulton County Jail while in the custody of the Fulton County Sheriff.

### *INTERROGATORIES*

1. Identify each and every Supervisor, Jailer and/or Jail medical staff that had any significant contact with and/or was in charge of Plaintiff when the incident happened (when and after his finger tip was severed). Please be specific as to the type of contact with Plaintiff and the persons title (i.e, Jailer, Jailer's shift Supervisor, Watch Commander, etc) and their current name, residence and phone number (in sufficient detail to allow for quick and accurate service of process).

2. Identify each and every person, as above in Interrogatory #1 above, who made any decision as to how to treat Plaintiff's injuries and/or how long to keep him at the Jail until he was taken to the ER at Grady (i.e., who made the decision that Plaintiff was not taken to the ER at Grady immediately and/or within the first hour of his injuries and who made the decision of how the severed finger portion was to be handled, packaged and transported) and their current name, residence and phone number (in sufficient detail to allow

for quick and accurate service of process)

## REQUESTS TO PRODUCE

1. For each person identified in Interrogatory #1 or #2, produce their employee file (including, especially any statements made by them, and investigatory notes or IA proceedings on the subject incident plus any disciplinary or IA paperwork on them from the time they were hired).

2. Produce any and all emails, memos, or correspondence relating to the subject incident (internal and external) with or between the County or Sheriff or from the County or the Sheriff's supervisory personnel to any of the persons identified in Interrogatories #1 or #2 and/or Corizon and/or its nurse/medical personnel on duty at the time of the incident.

Note: the names and address of the personnel involved with the incident (i.e., John Doe Jailer and John Doe Supervisor) are critical to Plaintiff be received quickly so that they may be served within the deadline imposed by the Court, the other portions of those Interrogatories and production requests can be produced at a later date as allowed by the Fed.R.Civ.Pro.

This 3rd day of August, 2017.

/s/ Ralph J. Villani
**Ralph J. Villani, Esq.**
GA Bar No. 727700
Attorney for Plaintiff

**VILLANI LAW FIRM**
821 Dawsonville Highway
Suite 250-333
Gainesville, GA  30501-2634

(TEL) 770-985-6773
(FAX) 770-979-5190
(email)  ralphjvillani@gmail.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICHARD D. THOMAS,** Plaintiff, | |
| -vs- | CIVIL ACTION FILE |
| **THEODORE JACKSON, SHERIFF OF FULTON COUNTY, GA,** et al, Defendants. | NO.: **1:16-cv-03033-LMM** |

### COMBINED CERTIFICATE OF SERVICE AND COMPLIANCE

I certify that on this **31st day of July, 2017**, a copy of the foregoing *Discovery Requests* was filed with the Clerk of this Court electronically in the ECF system and that opposing counsel will be served by the clerk with said *Discovery Requests* through said ECF system Service and directly by email to counsel for the Fulton County Defendants.

I further certify that this within and foregoing *Discovery Requests* complies with the font and spacing requirements of the Local Rules of this Court, *i.e.*, to wit: Courier New, 12 point.

This 3rd day of August, 2017.

                                    *s/ Ralph J. Villani*
                                    **Ralph J. Villani, Esq.**
                                    GA Bar No. 727700
                                    Attorney for Plaintiff

***VILLANI LAW FIRM***
821 Dawsonville Hwy.
Suite 250-333
Gainesville, GA 30501-2634
(TEL) 770-985-6773
(FAX) 770-979-5190
(email) ralphjvillani@gmail.com